UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

    PLAINTIFF,

VS.                                      CASE NO.: 8:15-CV-608-T-27TGW

JAMES B NUTTER & CO.,
BRUCE HUEY, VP, AL PITZNER, VP,
RONALD R. WOLFE & ASSOCIATES, P.L.,
ANDREA D. PIDALA, ESQ., JOHN DOES 1-20,

    DEFENDANTS.
_____/

## NUTTER DEFENDANTS' NOTICE OF APPEARANCE

    Defendants, James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce Huey and Al Pitzner (defined collective as the "Nutter Defendants") hereby give notice of the appearance of the firm of Rumberger, Kirk & Caldwell, A Professional Association, and Suzanne Barto Hill, Esquire and Kevin R. Gowen, II, Esquire, as their counsel herein. This notice of appearance on behalf of the Nutter Defendants is made without waiver of any of James B. Nutter, Jr., Keith Ward, Bruce Huey and Al Pitzner's objections with regard to this Court's lack of personal jurisdiction over them and is made as a special appearance under protest with regard to personal jurisdiction. The Nutter Defendants reserve the right to raise all defenses provided for in the Federal Rules of Civil Procedure.

Dated: April 2, 2015               Respectfully submitted,

                                       *s/ Kevin R. Gowen, II*
                                       SUZANNE BARTO HILL, ESQUIRE
                                       Florida Bar No. 0846694
                                       E-Mail: shill@rumberger.com

        KEVIN R. GOWEN, II, ESQUIRE
Florida Bar No. 0900621
E-Mail:  kgowen@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

Attorneys for RRW Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail and email to the following non-CM/ECF participant:   **Sherrie Hampton-Muhamed, 4329 Donerail Drive, Snellville, Georgia, 30039;** and (smrsinc@comcast.net).

      *s/ Kevin R. Gowen, II*
SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-Mail:  shill@rumberger.com
KEVIN R. GOWEN, II, ESQUIRE
Florida Bar No. 0900621
E-Mail:  kgowen@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133
Attorneys for RRW Defendants

7762636.1