# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Sherrie Hampton-Muhamed,

Plaintiff,

v.

Case No: 8-15-cv-00608-T-27TGW

James B Nutter & Company
James B Nutter, Jr., CEO
Keith Ward, CFO
Bruce Huey, VP
Al Pitzner, VP Compliance
Ronald R. Wolfe & Associates, P.L.
Ronald R. Wolfe, Esquire
Andrea D. Pidala, Esquire
Victoria S. Jones, Esquire
Frances Hannon, Esquire
Brian R. Hummel, Esquire
Luis F. Ugaz, Esquire
Julie Anthousis. Esquire
Sabrina Moravecky, Esquire
Katherine E. Tilka, Esquire
Robert Schneider, Esquire
John. J. Phillips, Esquire
Matthew Marks, Esquire
Rhonda K. Lewis, Esquire
Ivan Ivanov, Esquire
Amanda Croteau, Esquire

:

and

JOHN DOES 1-20,
Defendants

1

Plaintiff, contract holder, Sherrie Hampton-Muhamed, under the annexed, duly perfected financing statement securing contract for honest judicial services as a duly purchased contract for execution by the United States under administration through this United States District Court, Northern District of Georgia, Atlanta Division, is duly filed for the record and execution.

You will find attached 28 USC § 1404 (a) objection to the transfer of the above identified case number to your court.

You will also find attached a Notice of my Appeal to the Order from the District Court in Georgia and my Notice of Non-Consent to transfer the venue to Florida.

Since Plaintiff is disabled, ADA notice has been presented to all parties and has a medical letter preventing her from traveling to the state of Florida.

Said violation of the nonconsensual transfer will not be condoned.

I reserve the right to report to the house judiciary committee, the U S court administrator, and file a criminal complaint(s) with the department of justice.

In the event the Federal District Court in Florida chooses to cooperate with the illegal transfer in violation of statute the record will be perfected of conspiracy to violate the law.

The contract holder, State Citizen of Georgia, Sherrie Hampton-Muhamed, now presents to any federal officer associated or knowing of this matter the choice.

The choice is to follow the law as written and return the case back to the proper venue and jurisdiction or not!

Those choosing to conspire to violate the law will be required at some point to identify the job description and employment contract sections that authorizes said violation of law.

You will either comply with Title 28 USC §1404 (a) or not!   Govern yourselves accordingly

Done this 4 Day of April, 2015 as duly sworn under the pains and penalties of perjury under the laws of United States of America, 28 USC section 1746 (1) presented as testimony in a federal record action and contract.

INTENTIONALLY LEFT BLANK

All Rights Retained Without Prejudice

Without Recourse
Respectfully submitted,

*[signature]*
Sherrie Hampton-Muhamed
4329 Donerail Dr., Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing was prepared double spaced with Century Schoolbook (13 point) type, with a top margin of one and one-half (1 ½) inches and a left margin of one (1) inch.

This 4 day of April, 2015.

*[signature]*
Sherrie Hampton-Muhamed

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing to be served in this matter by E-mail, Fax or U.S. Mail, addressed as follows :

Filed this 4 day of April , 2015.


**PARKER, HUDSON, RAINER & DOBBS LLP**
William J. Holley II, Esquire,  Georgia Bar No. 362310
wjh@phrd.com
Scott E. Zweigel, Esquire,  Georgia Bar No. 786616
sez@phrd.com
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.  Atlanta, Georgia 30303
Telephone: (404) 523-5300    Facsimile: (404) 522-8409


**RUMBERGER, KIRK & CALDWELL, P.A.**
Suzanne Barto Hill, Esquire  Florida Bar No. 0846694, *Pro Hac Vice*
shill@rumberger.com
Kevin R. Gowen, II, Esquire, Florida Bar No. 0900621, *Pro Hac Vice*
kgowen@rumberger.com
Post Office Box 1873,   Orlando, Florida 32802-1873
Telephone: (407) 872-7300     Telecopier: (407) 841-2133


**TAYLOR ENGLISH DUMA LLP**   (Counsel for the Nutter Defendants)
Ann R. Schildhammer, Esquire (GA Bar No. 600290)

aschildhammer@taylorenglish.com
Matthew R. Rosenkoff, Esquire(GA Bar No. 842117)
Mrosenkoff@taylorenglish.com
1600 Parkwood Circle, Suite 400,   Atlanta, Georgia 30339
Telephone: (770) 434-6868     Facsimile: (770) 434-7376

**UNITED STATES DISTRICT COURT**, Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida 33602


And with the Clerk of Court through US Mail, Tracking # EF 09275655 8 US, or in person, and not filed electronically as Plaintiff is excused from filing this document or thing electronically by Court order.


*Sherrie Hampton Muhamed*
Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net