# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Sheryl L. Loesch                                              Mark Middlebrook
Clerk                                                  Tampa Division Manager

**DATE:** April 7, 2015

**TO:**    Clerk, U.S. Court of Appeals for the Eleventh Circuit

SHERRIE HAMPTON-MUHAMED,
      Plaintiff,

v.                                          Case No: 8:15-cv-608-T-27TGW

JAMES B. NUTTER & COMPANY, BRUCE HUEY, AL
PITZNER, RONALD R. WOLFE & ASSOCIATES, P.L.,
ANDREA D. PIDALA, JOHN DOES 1-20, JAMES B.
NUTTER, JR. , KEITH WARD, RONALD R. WOLFE,
VICTORIA S. JONES, FRANCES HANNON, BRIAN R.
HUMMEL, LUIS F. UGAZ, JULIE ANTHOUSIS,
SABRINA MORAVECKY, KATHERINE E. TILKA,
ROBERT SCHNEIDER, JOHN J. PHILLIPS, MATTHEW
MARKS, RHONDA K. LEWIS, MATTHEW WOLFE,
IVAN IVANOV and AMANDA CROTEAU,
      Defendants.

_____

**U.S.C.A. Case No.:**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable James D. Whittemore, United States District Judge appealed.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed.  Opinion was not entered orally.

- No hearing from which a transcript could be made.

SHERYL L. LOESCH, CLERK

By:      s/ D. Greco, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

*FILED*
*2015 APR 6 Pm 12:14*
*Date*
*CLERK, U.S. DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*TAMPA, FLORIDA*
*Time*

| | |
|---|---|
| Sherrie Hampton-Muhamed, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-CV-3659-CC |
| | ) |
| James B Nutter & Company, et al | ) |
| Ronald R. Wolfe & Assocs., P.L., et al | ) |
| JOHN DOES 1-20, | )     **NOTICE OF APPEAL** |
| | ) |
| Defendants | ) |

*8:15 CV 608-T-27TGW*

Notice is hereby given that Sherrie Hampton-Muhamed, Plaintiff in the

above named case hereby appeal to the United States Court of Appeals for

the Eleventh Circuit from the final Order for **Motion to Transfer Venue** to

the Middle District of Florida received on March 23, 2015;

denying Plaintiff's Motion to Strike the R&R; adopting Final R & R as

decision, Denies RRW Motion to Dismiss without prejudice, Grants in Part

and Denies in Part Nutter's Motion to Dismiss entered on March 19, 2015.

Dated 4 April, 2015

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA  30039
Phone:  404-786-6291
cmrsinc@comcast.net



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHERRIE HAMPTON-MUHAMED,       :
                               :
              Plaintiff,        :
                               :          CIVIL ACTION NO.
vs.                            :
                               :          1:13-CV-3659-CC
JAMES B. NUTTER & COMPANY, et  :
al.,                           :
                               :
              Defendants.       :

### ORDER

This matter is before the Court on the Final Report and Recommendation (the "R&R") [Doc. No. 37] issued by Magistrate Judge Linda T. Walker on February 20, 2015. In the R&R, Magistrate Judge Walker recommends that the Court: (1) grant the RRW Defendants'[1] Alternative Motion to Transfer Venue to the Middle District of Florida [Doc. No. 18]; (2) grant in part and deny in part Defendants James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce Huey, and Al Pitzner's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction [Doc. No. 17]; and (3) deny without prejudice the remaining relief requested in the RRW Defendants' Motion to Dismiss [Doc. No. 18] with leave to refile in the Middle District of Florida.

On March 10, 2015, Plaintiff Sherrie Hampton-Muhamed filed a document entitled "Contract Owner and Holders Demand to Strike Pursuant to Rule 12, in the Nature of a Motion, Contract Execution and Enforcement Document of Record" [Doc. No. 39]. The Clerk's Office has construed the filing as a motion to strike the

---

[1]    The "RRW Defendants" consist of Defendant Ronald R. Wolfe & Associates, P.L., a Florida law firm, and its individual current and former Florida attorneys, including Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea D. Pidala, Brian Hummel, Sabrina Moravecky, Francis Hannon, Luis F. Ugaz, and John F. Phillips.

R&R. The Court also considers the filing to constitute Plaintiff's objections to the R&R.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a magistrate judge may hear and determine any non-dispositive pretrial motion pending before the court. With regard to dispositive motions, a magistrate judge may submit proposed findings of fact and recommendations. 28 U.S.C. § 636(b)(1)(B). "Although consent of the parties is required for a magistrate judge to enter judgment in a case, it is not required for actions taken under § 636(b)." United States v. Varnado, 447 F. App'x 48, 49-50 (11th Cir. 2011) (internal citations omitted).

After reviewing a magistrate judge's findings and recommendations submitted pursuant to 28 U.S.C. § 636(b)(1)(B), a district judge may accept, reject, or modify the findings or recommendations. 28 U.S.C. § 636(b)(1). A party challenging a report and recommendation must "file . . . written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." Macort v. Prem, Inc., 208 F. App'x 781, 783 (11th Cir. 2006) (citation and internal quotation marks omitted); see also Fed. R. Civ. P. 72(b)(2). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Jeffrey S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990) (citation omitted). The district judge must "give fresh consideration to those issues to which specific objection has been made by a party." Id. "Frivolous, conclusive, or general objections need not be considered by the district court." Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988) (citation omitted). Those portions of a report and recommendation to which an objection has not been made are reviewed for plain error. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Court has carefully reviewed the R&R and Plaintiff's objections thereto. Plaintiff's primary objection is to the very authority of Magistrate Judge Walker to

- 2 -

take action in her case without Plaintiff's consent. As set forth above, however, Plaintiff's consent is not required for actions taken by Magistrate Judge Walker under § 636(b). See Varnado, 447 F. App'x at 49-50. The remainder of Plaintiff's objections are general in nature and, in many instances, incomprehensible. The objections lack the specificity necessary to trigger de novo review. See Leatherwood v. Anna's Linens Co., 384 F. App'x 853, 857 (11th Cir. 2010) (holding that district court did not err by reviewing de novo only those objections "that identified specific findings set forth in the R & R and articulated a legal ground for objection").

Having reviewed the R&R for plain error, the Court finds that Magistrate Judge Walker's R&R is correct both in fact and in law. The Court **OVERRULES** Plaintiff's general objections, **DENIES** all relief requested in Plaintiff's filing [Doc. No. 39], and **ADOPTS** the R&R in its entirety as the decision of this Court. For the reasons fully set forth in the R&R, the Court **GRANTS** the RRW Defendants' Alternative Motion to Transfer Venue to the Middle District of Florida [Doc. No. 18], **GRANTS in part and DENIES in part** Defendants James B. Nutter & Company, James B. Nutter, Jr., Keith Ward, Bruce Huey, and Al Pitzner's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction [Doc. No. 17], and **DENIES without prejudice** the remaining relief requested in the RRW Defendants' Motion to Dismiss [Doc. No. 18] with leave to refile in the Middle District of Florida.

Plaintiff's claims against James B. Nutter, Jr., Keith Ward, Bruce Huey, and Al Pitzner are hereby **DISMISSED without prejudice** for lack of personal jurisdiction. Plaintiff's claims under the FDCPA stemming purely from James B. Nutter & Company's prosecution of the Florida foreclosure proceedings are **DISMISSED** for failure to state a claim upon which relief can be granted. Plaintiff's RESPA claims against James B. Nutter & Company are likewise **DISMISSED** for failure to state a claim upon which relief can be granted.

The Court **DIRECTS** the Clerk to take all necessary steps to **TRANSFER** the

above-styled action to the United States District Court for the Middle District of Florida.

SO ORDERED this 19th day of March, 2015.


s/  CLARENCE COOPER

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:15-cv-00608-JDW-TGW
### Internal Use Only

Hampton-Muhamed v. James B. Nutter & Co. et al

Assigned to: Judge James D. Whittemore

Referred to: Magistrate Judge Thomas G. Wilson

Case in other court: Georgia Northern, 1:13-cv-03659

Cause: 15:1692 Fair Debt Collection Act

Date Filed: 03/19/2015

Jury Demand: Plaintiff

Nature of Suit: 480 Consumer Credit

Jurisdiction: Federal Question

**Plaintiff**

**Sherrie Hampton-Muhamed**

represented by **Sherrie Hampton-Muhamed**
4329 Donerail Drive
Snellville, GA 30039
404-786-6291
PRO SE

V.

**Defendant**

**James B. Nutter & Company**

represented by **Ann R. Schildhammer**
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Rd NE
Atlanta, GA 30326
404/233-7000
Email: aschildhammer@taylorenglish.com

*ATTORNEY TO BE NOTICED*

Kevin Richard Gowen , II
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave - Ste 1400
PO Box 1873
Orlando, FL 32802-1873
407/872-7300
Email: kgowen@rumberger.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Huey**
*VP*

represented by **Ann R. Schildhammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Richard Gowen , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Pitzner**
*VP Compliance*

represented by **Ann R. Schildhammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Richard Gowen , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald R. Wolfe &
Associates, P.L.**

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave - Ste 1400
PO Box 1873

Orlando, FL 32802-1873
407/872-7300
Fax: 407/841-2133
Email: shill@rumberger.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
Parker, Hudson, Rainer & Dobbs,
LLP
1500 Marquis Two Tower
285 Peachtree Center Ave NE
Atlanta, GA 30303
404-420-4338
Fax: 404-522-8409
Email: szweigel@phrd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Defendant** | | |
| **Andrea D. Pidala** *Esquire* | represented by | **Kevin Richard Gowen , II** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Suzanne Barto Hill** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Scott Eric Zweigel** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Defendant**

**John Does 1-20**

**Defendant**

| | | |
|---|---|---|
| **James B. Nutter, Jr.**<br>*CEO* | represented by | **Ann R. Schildhammer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Kevin Richard Gowen , II**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Keith Ward**<br>*CFO* | represented by | **Ann R. Schildhammer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Kevin Richard Gowen , II**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ronald R. Wolfe**<br>*Esquire* | represented by | **Kevin Richard Gowen , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Suzanne Barto Hill**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Scott Eric Zweigel**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Victoria S. Jones**<br>*Esquire* | represented by | **Kevin Richard Gowen , II**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frances Hannon**          represented by  **Kevin Richard Gowen , II**
*Esquire*                                   (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Suzanne Barto Hill**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Scott Eric Zweigel**
                                            (See above for address)
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Brian R. Hummel**         represented by  **Kevin Richard Gowen , II**
*Esquire*                                   (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Suzanne Barto Hill**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

Scott Eric Zweigel
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Luis F. Ugaz**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Attorney Julie Anthousis**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Sabrina Moravecky**<br>*Esquire* | represented by | **Kevin Richard Gowen , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Katherine E. Tilka**<br>*Esquire* | represented by | **Kevin Richard Gowen , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Robert Schneider**<br>*Esquire* | represented by | **Kevin Richard Gowen , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John J. Phillips**            represented by   **Kevin Richard Gowen , II**
*Esquire*                                        (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Marks**              represented by   **Kevin Richard Gowen , II**
*Esquire*                                        (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Defendant

**Rhonda K. Lewis**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Defendant

**Matthew Wolfe**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Defendant

**Ivan Ivanov**

represented by **Kevin Richard Gowen , II**

*Esquire*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Defendant

**Amanda Croteau**          represented by   **Kevin Richard Gowen , II**
*Esquire*                                    (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2013 | 1 | COMPLAINT with Jury Demand, filed by Sherrie Hampton-Muhamed. ( Filing fee $ 400.00 receipt number 60146.) (Attachments: # 1 Exhibit A - K, # 2 Civil Cover Sheet)(eop) Please visit our website at |

| | | http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. [Transferred from gand on 3/19/2015.] (Entered: 11/06/2013) |
|---|---|---|
| 02/28/2014 | 2 | MOTION for Extension of Time to Serve the Defendants with a summons and complaint by Sherrie Hampton-Muhamed. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/04/2014) |
| 03/18/2014 | | Submission of 2 MOTION for Extension of Time to Serve the Defendants with a summons and complaint, submitted to Magistrate Judge Linda T. Walker. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/18/2014) |
| 05/06/2014 | 3 | AMENDED COMPLAINT against All Defendants with Jury Demand, filed by Sherrie Hampton-Muhamed. (Attachments: # 1 Amended Complaint, # 2 Amended Complaint, # 3 Amended Complaint, # 4 Amended Complaint, # 5 Exhibits, # 6 Exhibits, # 7 Exhibits, # 8 Exhibits, # 9 Exhibits, # 10 Exhibits, # 11 Exhibits)(tcc) Please visit our website at http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Additional attachment(s) added on 6/23/2014: # 12 Exhibit 10 - Correct PDF) (tcc). [Transferred from gand on 3/19/2015.] (Entered: 05/15/2014) |
| 05/16/2014 | 4 | ORDER granting 2 Motion for Extension of Time through and including July 3, 2014 for Plaintiff to serve all Defendants. Signed by Magistrate Judge Linda T. Walker on 5/16/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 05/19/2014) |
| 05/19/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 4 Order on Motion for Extension of Time (tcc) [Transferred from gand on 3/19/2015.] (Entered: 05/19/2014) |

| 06/25/2014 | 5 | Summons Issued as to Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 06/26/2014) |
|---|---|---|
| 06/25/2014 | 6 | WAIVER OF SERVICE Returned Executed by Sherrie Hampton-Muhamed. Bruce Huey waiver mailed on 6/20/2014, answer due 8/19/2014; James B. Nutter & Co. waiver mailed on 6/20/2014, answer due 8/19/2014; James B. Nutter, Jr waiver mailed on 6/20/2014, answer due 8/19/2014; Al Pitzner waiver mailed on 6/20/2014, answer due 8/19/2014; Keith Ward waiver mailed on 6/20/2014, answer due 8/19/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 06/26/2014) |
| 07/07/2014 | 7 | Return of Service Executed by Sherrie Hampton-Muhamed. Julie Anthousis, Amanda Croteau, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe served on 7/1/2014, answers due 7/22/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 07/08/2014) |
| 07/22/2014 | 8 | Unopposed MOTION for Extension of Time to File Answer re 3 Amended Complaint,, by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order)(Zweigel, Scott) [Transferred from gand on 3/19/2015.] (Entered: 07/22/2014) |
| 07/24/2014 | 9 | NOTICE of Appearance by Ann Reinhard Schildhammer on behalf of Bruce Huey, James B. Nutter & Co., James B. Nutter, Jr, Al Pitzner, Keith Ward (Schildhammer, Ann) [Transferred from gand on 3/19/2015.] (Entered: 07/24/2014) |
| 07/24/2014 | 10 | ORDER granting 8 Motion for Extension of Time until August 19, 2014 for the RRW Defendants to answer, object, plead, move or otherwise respond to the 3 Amended Complaint. Signed by Magistrate Judge Linda T. Walker on 7/24/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 07/25/2014) |
| 07/25/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 10 Order on Motion for Extension of Time to Answer. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 07/25/2014) |
| 07/28/2014 | 11 | Unopposed MOTION for Extension of Time to Answer, Object, Plead, Move, or Otherwise Respond re: 3 Amended Complaint,, by John J. Phillips. (Attachments: # 1 Text of Proposed Order)(Zweigel, Scott) [Transferred from gand on 3/19/2015.] (Entered: 07/28/2014) |
| 07/28/2014 | 12 | ORDER granting 11 Motion for Extension of Time until August 19, 2014 for John F. Phillips to respond to the 3 Amended Complaint. Signed by Magistrate Judge Linda T. Walker on 7/28/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 07/30/2014) |
| 07/31/2014 | 13 | APPLICATION for Admission of Suzanne B. Hill Pro Hac Vice (Application fee $ 150, receipt number 113E-5319743)by Julie Anthousis, Amanda Croteau, |

| | | |
|---|---|---|
| | | Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Zweigel, Scott) [Transferred from gand on 3/19/2015.] (Entered: 07/31/2014) |
| 07/31/2014 | 14 | APPLICATION for Admission of Kevin R. Gowen, II Pro Hac Vice (Application fee $ 150, receipt number 113E-5319746)by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Zweigel, Scott) [Transferred from gand on 3/19/2015.] (Entered: 07/31/2014) |
| 08/05/2014 | | APPROVAL by Clerks Office re: 13 APPLICATION for Admission of Suzanne B. Hill Pro Hac Vice (Application fee $ 150, receipt number 113E-5319743). Attorney Suzanne B. Hill added appearing on behalf of Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe (pb) [Transferred from gand on 3/19/2015.] (Entered: 08/05/2014) |
| 08/05/2014 | | APPROVAL by Clerks Office re: 14 APPLICATION for Admission of Kevin R. Gowen, II Pro Hac Vice (Application fee $ 150, receipt number 113E-5319746). Attorney Kevin R. Gowen, |

| | | |
|---|---|---|
| | | II added appearing on behalf of Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe (pb) [Transferred from gand on 3/19/2015.] (Entered: 08/05/2014) |
| 08/11/2014 | 15 | ORDER granting 14 Application for Admission of Kevin R. Gowen, II Pro Hac Vice Pro Hac Vice. Signed by Judge Clarence Cooper on 8/11/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 08/11/2014) |
| 08/11/2014 | 16 | ORDER granting 13 Application for Admission of Suzanne B. Hill Pro Hac Vice. Signed by Judge Clarence Cooper on 8/11/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 08/11/2014) |
| 08/19/2014 | 17 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, or MOTION to Dismiss for Lack of Personal Jurisdiction, or Alternatively, MOTION to Transfer to Venue to the Middle Distrcit of Florida by Bruce Huey, James B. Nutter & Co., James B. Nutter, Jr, Al Pitzner, Keith Ward. (Schildhammer, Ann). Added MOTION to Transfer Case on 8/21/2014 (tcc). Added MOTION to Dismiss on 10/31/2014 (tcc). [Transferred from gand on 3/19/2015.] (Entered: 08/19/2014) |
| 08/19/2014 | 18 | MOTION to Dismiss Amended Complaint for Lack of Personal Jurisdiction, or MOTION to Transfer Venue to MD FL, or MOTION to Dismiss for Failure to State a Claim with Brief In Support by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John |

| | | |
|---|---|---|
| | | J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Attachments: # <u>1</u> Exhibit A - Affidavit of Damon Ellis, # <u>2</u> Exhibit B - Affidavit of Ronald R. Wolfe, # <u>3</u> Exhibit C - Affidavit of Julie Anthousis, # <u>4</u> Exhibit D - Affidavit of Francis E. Hannon, # <u>5</u> Exhibit E - Afidavit of Brian R. Hummel, # <u>6</u> Exhibit F - Affidavit of Ivan D, Ivanov, # <u>7</u> Exhibit G - Affidavit of Victoria S. Jones, # <u>8</u> Exhibit H - Affidavit of Rhonda K. Lewis, # <u>9</u> Exhibit I - Affidavit of Matthew Marks, # <u>10</u> Exhibit J - Affidavit of Sabrina M. Morevecky, # <u>11</u> Exhibit K - Affidavit of Robert Schneider, # <u>12</u> Exhibit L - Affidavit of Katherine E. Tilka, # <u>13</u> Exhibit M - Affidavit of Luis F. Ugaz, # <u>14</u> Exhibit N - Affidavit of Matthew D. Wolf, # <u>15</u> Exhibit O - Affidavit of Amanda Croteau, # <u>16</u> Exhibit P - Affidavit of Andrea D. Pidala, # <u>17</u> Exhibit Q - Affidavit of John F. Phillips)(Hill, Suzanne) . Added MOTION to Transfer Case, MOTION to Dismiss on 10/31/2014 (tcc). [Transferred from gand on 3/19/2015.] (Entered: 08/19/2014) |
| 08/22/2014 | <u>19</u> | Certificate of Interested Persons by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Gowen, Kevin) [Transferred from gand on 3/19/2015.] (Entered: 08/22/2014) |
| 08/26/2014 | <u>20</u> | Corporate Disclosure Statement by Bruce Huey, James B. Nutter & Co., James B. Nutter, Jr, Al Pitzner, Keith Ward by Bruce Huey, James B. Nutter & Co., James B. Nutter, Jr, Al Pitzner, Keith Ward. (Schildhammer, Ann) [Transferred from gand on |

| | | |
|---|---|---|
| | | 3/19/2015.] (Entered: 08/26/2014) |
| 08/29/2014 | 21 | Joint MOTION to Stay *Certain Pretrial Deadlines and Incorporated Memorandum of Law* with Brief In Support by Sherrie Hampton-Muhamed, Ronald R. Wolfe & Associates, P.L., Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea D. Pidala, Brian Hummel, Sabrina Moravecky, Frances Hannon, John Phillips, Luis F. Ugaz, James B. Nutter & Co., Bruce Huey, Al Pitzner, James B. Nutter, Jr., and Keith Ward. (Attachments: # 1 Text of Proposed Order)(Zweigel, Scott) Modified on 8/29/2014 to add filers. (jtj) [Transferred from gand on 3/19/2015.] (Entered: 08/29/2014) |
| 09/05/2014 | 22 | UNOPPOSED MOTION for Extension of Time to Respond to Defendants Ronald R. Wolfe & Assocs, P.L. and James B. Nutter & Co., et al re: 17 Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and 18 MOTION to Dismiss by Sherrie Hampton-Muhamed. (Attachments: # 1 Text of Proposed Order)(bdb) [Transferred from gand on 3/19/2015.] (Entered: 09/08/2014) |
| 09/05/2014 | 23 | NOTICE Of Filing Change in Plaintiff's Phone Number and Extra Documents in Amended Complaint by Sherrie Hampton-Muhamed. (bdb) [Transferred from gand on 3/19/2015.] (Entered: 09/08/2014) |
| 09/15/2014 | 24 | CONSENT ORDER GRANTING 21 Joint Motion to Stay Certain Pretrial Deadlines. Signed by Magistrate Judge Linda T. Walker on 9/15/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 09/15/2014) |
| 09/15/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton- |

| | | |
|---|---|---|
| | | Muhamed re 24 Order on Motion to Stay Certain Pretrial Deadlines. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 09/15/2014) |
| 09/15/2014 | 25 | ORDER GRANTING the 22 Unopposed Motion for Extension of Time. It is hereby ORDERED that the time within which the above-named Plaintiff may respond to is extended from September 5, 2014 to October 5, 2014. Signed by Magistrate Judge Linda T. Walker on 9/15/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 09/15/2014) |
| 10/07/2014 | | Submission of 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction, or Alternatively, to Transfer to Venue to the Middle Distrci MOTION to Transfer Case, 18 MOTION to Dismiss , submitted to Magistrate Judge Linda T. Walker.* (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/07/2014) |
| 10/07/2014 | 26 | RESPONSE in Opposition re 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction, or Alternatively, to Transfer to Venue to the Middle Distrci MOTION to Transfer Case* filed by Sherrie Hampton-Muhamed. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/07/2014) |
| 10/07/2014 | 27 | RESPONSE in Opposition re 18 MOTION to Dismiss filed by Sherrie Hampton-Muhamed. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/07/2014) |
| 10/23/2014 | 28 | MOTION for Leave to File Amended Opposition to Defendants' 18 Motion to Dismiss by Sherrie Hampton-Muhamed. (Attachments: # 1 Amended |

| | | |
|---|---|---|
| | | Opposition to Defendants' Motions to Dismiss)(dfb) (Additional attachment(s) added on 10/31/2014: # 2 Affidavit in Rebuttal (Ellis), # 3 Affidavit in Rebuttal (R. Wolfe), # 4 Affidavit in Rebuttal (Anthousis), # 5 Affidavit in Rebuttal (Hannon), # 6 Affidavit in Rebuttal (Hummel), # 7 Affidavit in Rebuttal (Ivanov), # 8 Affidavit in Rebuttal (Jones), # 9 Affidavit in Rebuttal (Lewis), # 10 Affidavit in Rebuttal (Marks), # 11 Affidavit in Rebuttal (Moravecky), # 12 Affidavit in Rebuttal (Schneider), # 13 Affidavit in Rebuttal (Tilka), # 14 Affidavit in Rebuttal (Ugaz), # 15 Affidavit in Rebuttal (M. Wolf), # 16 Affidavit in Rebuttal (Croteau), # 17 Affidavit in Rebuttal (Pidala), # 18 Affidavit in Rebuttal (Phillips), # 19 Text of Proposed Order) (tcc). [Transferred from gand on 3/19/2015.] (Entered: 10/23/2014) |
| 10/23/2014 | 29 | AFFIDAVIT of Fact filed by Sherrie Hampton-Muhamed. (dfb) [Transferred from gand on 3/19/2015.] (Entered: 10/23/2014) |
| 10/23/2014 | 30 | Unopposed MOTION for Extension of Time To FIle Reply Brief re: 28 MOTION for Leave to File Amended Opposition to Defendants' Motions to Dismiss by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Attachments: # 1 Text of Proposed Order)(Gowen, Kevin) [Transferred from gand on 3/19/2015.] (Entered: 10/23/2014) |
| 10/27/2014 | 31 | Unopposed MOTION for Extension of Time To File Reply Brief re: 28 MOTION for Leave to File Amended Opposition to Defendants' Motions to |

| | | |
|---|---|---|
| | | Dismiss by Bruce Huey, James B. Nutter & Co., James B. Nutter, Jr, Al Pitzner, Keith Ward. (Attachments: # 1 Text of Proposed Order) (Schildhammer, Ann) [Transferred from gand on 3/19/2015.] (Entered: 10/27/2014) |
| 10/29/2014 | 32 | ORDER granting 31 Motion for Extension of Time. The time within which the Nutter Defendants may file a Reply Brief is extended to either: (i) fourteen (14) days after a decision on Plaintiff's motion for leave to amend, if said motion is granted, or (ii) seven (7) days after a decision on Plaintiff's motion for leave to amend, if said motion is denied. Signed by Magistrate Judge Linda T. Walker on 10/28/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/29/2014) |
| 10/29/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 32 Order on Motion for Extension of Time. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/29/2014) |
| 10/30/2014 | 33 | PRO SE MOTION for Leave to File Amended Response to Defendant's 17 Motion to Dismiss by Sherrie Hampton-Muhamed. (Attachments: # 1 Amended Reponse)(tcc) (Additional attachment(s) added on 10/31/2014: # 2 Affidavit, # 3 Text of Proposed Order) (tcc). [Transferred from gand on 3/19/2015.] (Entered: 10/31/2014) |
| 10/31/2014 | 34 | ORDER granting 33 Pro Se Motion for Leave to File Amended Response to Defendant's 17 Motion to Dismiss. Signed by Magistrate Judge Linda T. Walker on 10/31/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/31/2014) |
| 10/31/2014 | 35 | ORDER granting 30 Motion for Extension of Time. It is hereby ORDERED that the time within which the RRW Defendants may file a reply brief to either (1) fourteen days after a decision on Plaintiff's |

| | | |
|---|---|---|
| | | motion for leave to amend, if said motion is granted, or (2) seven (7) days after a decision on Plaintiff's motion for leave to amend, if said motion is denied. Signed by Magistrate Judge Linda T. Walker on 10/31/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/31/2014) |
| 10/31/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 35 Order on Motion for Extension of Time, 34 Order on Motion for Leave to File. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/31/2014) |
| 11/14/2014 | 36 | REPLY to Response to Motion re 28 MOTION for Leave to File Amended Opposition to Defendants' Motions to Dismiss, 33 MOTION for Leave to File Amended Response to Defendant's Motion to Dismiss filed by Julie Anthousis, Amanda Croteau, Frances Hannon, Bruce Huey, Brian R. Hummel, Ivan Ivanov, James B. Nutter & Co., John Does 1-20, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, James B. Nutter, Jr, John J. Phillips, Andrea D. Pidala, Al Pitzner, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Keith Ward, Matthew Wolfe, Ronald R. Wolfe. (Attachments: # 1 Exhibit A)(Gowen, Kevin) [Transferred from gand on 3/19/2015.] (Entered: 11/14/2014) |
| 02/20/2015 | 37 | FINAL REPORT AND RECOMMENDATION RECOMMENDING that the RRW Defendants' Alternative Motion to Transfer Venue to the Middle District for Florida be GRANTED. Docket Entry 18 . Defendants James B. Nutter & Company, James B.Nutter, Jr., Keith Ward, Bruce Huey, and Al Pitzner's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction should be GRANTED IN PART AND DENIED IN PART. Docket Entry |

| | | |
|---|---|---|
| | | <u>17</u> . The remaining relief requested within the RRW Defendants' Motion to Dismiss should be DENIED WITHOUT PREJUDICE with leave to refile in the Middle District of Florida. Docket Entry <u>17</u> . As this is a final Report and Recommendation and there are no other matters pending before this Court, the Clerk is directed to terminate the reference to the undersigned. Signed by Magistrate Judge Linda T. Walker on 2/20/2015. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 02/20/2015) |
| 02/20/2015 | | (contained w/in <u>37</u> R&R) ORDER that Plaintiff's Unopposed Motion for Leave to Amend Plaintiff's Response to Defendants' Motion to Dismiss is GRANTED. Docket Entry <u>28</u> . Signed by Magistrate Judge Linda T. Walker on 2/20/2015. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 02/20/2015) |
| 02/20/2015 | <u>38</u> | ORDER for Service of <u>37</u> Final Report and Recommendation, by Magistrate Judge Linda T. Walker. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge Linda T. Walker on 2/20/2015. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 02/20/2015) |
| 02/20/2015 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re <u>37</u> FINAL REPORT AND RECOMMENDATION, <u>38</u> Order for Service of Report and Recommendation. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 02/20/2015) |
| 03/10/2015 | <u>39</u> | MOTION to Strike <u>37</u> FINAL REPORT AND RECOMMENDATION, <u>38</u> Order for Service of Report and Recommendation, with Brief In Support |

| | | by Sherrie Hampton-Muhamed. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/13/2015) |
|---|---|---|
| 03/13/2015 | 40 | NOTICE Of Filing Verification by Sherrie Hampton-Muhamed re 39 MOTION to Strike 37 FINAL REPORT AND RECOMMENDATION. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/13/2015) |
| 03/13/2015 | 41 | NOTICE Of Filing Proposed Order by Sherrie Hampton-Muhamed re 39 MOTION to Strike 37 FINAL REPORT AND RECOMMENDATION. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/13/2015) |
| 03/17/2015 | | Submission of 37 FINAL REPORT AND RECOMMENDATION re 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction, or Alternatively,, submitted to District Judge Clarence Cooper. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/17/2015)* |
| 03/19/2015 | 42 | ORDER **denying** Plaintiff's 39 Motion to Strike the R&R; **adopting** the 37 Final Report and Recommendation in its entirety as the decision of this Court. The Court **GRANTS** the RRW Defendants' 18 Motion to Transfer Venue to the Middle District of Florida; **GRANTS in part and DENIES in part** Defendants' 17 Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction; and **DENIES without prejudice** the remaining relief requested in the RRW Defendants' 18 Motion to Dismiss with leave to refile in the Middle District of Florida. Signed by Judge Clarence Cooper on 3/19/2015. (dfb) [Transferred from gand on |

| | | |
|---|---|---|
| | | 3/19/2015.] (Entered: 03/19/2015) |
| 03/19/2015 | | Civil Case Terminated. (dfb) [Transferred from gand on 3/19/2015.] (Entered: 03/19/2015) |
| 03/19/2015 | 43 | Case transferred in from District of Georgia Northern; Case Number 1:13-cv-03659. File received electronically (Entered: 03/19/2015) |
| 03/19/2015 | 44 | NOTICE to counsel of new case number and judge assignment 8:15-cv-608-T-27TGW(signed by deputy clerk). (JNB) (Entered: 03/19/2015) |
| 03/19/2015 | 45 | NOTICE to counsel Ann R. Schildhammer of Local Rule 2.02 (signed by deputy clerk). (JNB) (Entered: 03/19/2015) |
| 03/19/2015 | 46 | NOTICE to counsel Scott Eric Zweigel of Local Rule 2.02 (signed by deputy clerk). (JNB) (Entered: 03/19/2015) |
| 03/19/2015 | | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 43 Case transferred in - district transfer, 44 Notice to counsel, 46 Notice to counsel of Local Rule, 45 Notice to counsel of Local Rule (JNB) (Entered: 03/19/2015) |
| 03/25/2015 | 47 | NOTICE of designation under Local Rule 3.05 - Track 2 (AO) (Entered: 03/25/2015) |
| 03/25/2015 | | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 47 Notice of designation of track. (DG) (Entered: 03/25/2015) |
| 04/02/2015 | 48 | MOTION to Dismiss Amended Complaint *and Combined Memorandum of Law* by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. |

| | | Wolfe. (Hill, Suzanne) (Entered: 04/02/2015) |
|---|---|---|
| 04/02/2015 | 49 | NOTICE of Appearance by Kevin Richard Gowen, II on behalf of Bruce Huey, James B. Nutter & Company, James B. Nutter, Jr, Al Pitzner, Keith Ward (Gowen, Kevin) (Entered: 04/02/2015) |
| 04/02/2015 | 50 | MOTION to Dismiss Amended Complaint *and Combined Memorandum of Law* by James B. Nutter & Company (Attachments: # 1 Exhibit Exhibit A) (Gowen, Kevin) Modified text to reflect only James B. Nutter & Company as filing party on 4/3/2015 (RFK). (Entered: 04/02/2015) |
| 04/03/2015 | 51 | Joint MOTION for Ann R. Schildhammer and Matthew R. Rosenkoff to withdraw as attorney *and Substitution of Counsel, Suzanne Barto Hill and Kevin R. Gowen, II* by Bruce Huey, James B. Nutter & Company, James B. Nutter, Jr, Al Pitzner, Keith Ward. (Gowen, Kevin) (Entered: 04/03/2015) |
| 04/03/2015 | 52 | Joint MOTION for Scott E. Zweigel to withdraw as attorney by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Gowen, Kevin) (Entered: 04/03/2015) |
| 04/06/2015 | 53 | RESPONSE re 42 Order on Motion to Dismiss for Failure to State a ClaimOrder on motion to dismissOrder on motion to transfer case Order Adopting Report and RecommendationsOrder on Motion to Strike by Sherrie Hampton-Muhamed. (Attachments: # 1 Exhibit A, # 2 Mailing Envelope) (DG) (Entered: 04/06/2015) |
| 04/06/2015 | 54 | NOTICE OF INTERLOCUTORY APPEAL as to 42 |

| | | Order on Motion to Dismiss for Failure to State a Claim Order on motion to dismissOrder on motion to transfer caseOrder Adopting Report and Recommendations Order on Motion to Strike by Sherrie Hampton-Muhamed. Filing fee not paid. (DG) (Entered: 04/07/2015) |