UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

    Plaintiff,

v.                                          Case No: 8:15-cv-608-T-27TGW

JAMES B. NUTTER & COMPANY, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendants, James B. Nutter & Company, James B. Nutter, Jr., Keith Ward Bruce Hey and Al Pitzner's Joint Motion for Withdrawal and Substitution of Counsel (Dkt. 51). Upon consideration, the motion is **GRANTED**.

1.     Ann R. Schildhammer and Matthew R. Rosenkoff of Taylor English Duma LLP are permitted to withdraw as counsel for Defendants James B. Nutter & Company, James B. Nutter, Jr., Keith Ward Bruce Hey and Al Pitzner and are relieved of any further responsibility in this matter.

2.     Suzanne Barto Hill and Kevin R. Gowen of Rumberger, Kirk & Caldwell and are substituted as counsel for these Defendants.

**DONE AND ORDERED** this 7th day of April, 2015.

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
United States District Judge

Copies to:
Counsel of Record