UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

    Plaintiff,

v.                                         Case No: 8:15-cv-608-T-27TGW

JAMES B. NUTTER & COMPANY, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendants' Joint Motion for Leave to Withdraw As Counsel (Dkt. 52). Upon consideration, the motion is **GRANTED.**

    1.    Scott E. Zweigel of Parker, Hudson, Rainer & Dobbs LLP is permitted to withdraw as counsel for the RRW Defendants and is relieved of any further responsibility in this matter.

    2.    Suzanne Barto Hill and Kevin R. Gowen of Rumberger, Kirk & Caldwell and are substituted as counsel for these Defendants.

**DONE AND ORDERED** this 7th day of April, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record