UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

    Plaintiff,

v.                                                        Case No: 8:15-cv-608-T-27TGW

JAMES B. NUTTER & COMPANY, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Demand to Stay Proceedings Pending Completion of Appeal (Dkt. 58), and Defendants' response (Dkt. 59). Upon consideration, the motion is **DENIED**. On April 6, 2015, Plaintiff filed a Notice of Interlocutory Appeal of the Orders of the District Court for the Northern District of Georgia granting Defendants' motions to dismiss and transferring venue (Dkt. 54). Although an interlocutory appeal does not necessarily completely divest the district court of jurisdiction such that a district court has authority to proceed forward with portions of the case not related to the claims on appeal, Plaintiff's appeal of the Order of dismissal is concerned with the entire merits of Plaintiff's claims. *See Green Leaf Nursery v. E.I. DuPont De Nemours & Co.*, 341 F.3d 1292, 1309 (11th Cir. 2003) As such, the filing of the Notice of Appeal divested this Court of jurisdiction. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58, 103 S.Ct. 400, 402, 74 L.Ed.2d 225 (1982).

**DONE AND ORDERED** this 5th day of May, 2015.

                                                              JAMES D. WHITTEMORE
                                                              United States District Judge

Copies to:
Counsel of Record