# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
CLERK OF COURT

DOCKETING SECTION
404-215-1655

May 18, 2015

Sheryl L. Loesch, Clerk of Court
Clerk's Office
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

8:15CV608-T-27TGW

Re: Hampton-Muhamed v. James B. Nutter & Co. et al
Civil Action No.: 1:13-cv-3659 NDGA; 8:15-cv-608 MDFL

Dear Clerk,

I am forwarding certified copies of appeal documents, USCA Appeal Fees receipt and docket sheet filed in this Court by Sherrie Hampton-Muhamed. This case was electronically transferred the USDC, Middle District of Florida on 3/19/15. The Notice of Appeal was filed in this Court on 4/6/15, and was transmitted to the 11th Circuit of Appeals on 4/8/15 along with her appeal fees and was later assigned USCA Case No. 15-11502-CC. Due to the case being transferred, we are forwarding these documents to your Court for appropriate handling.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By: P. McClam
Deputy Clerk

Enclosures

Sheryl L. Loesch, Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

APR - 6 2015

JAMES N. HATTEN, CLERK
By: J. Brantley, Deputy Clerk

| | |
|---|---|
| Sherrie Hampton-Muhamed, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-CV-3659-CC |
| James B Nutter & Company, et al | ) |
| Ronald R. Wolfe & Assocs., P.L., et al | ) |
| JOHN DOES 1-20, | ) NOTICE OF APPEAL |
| Defendants | ) |

Notice is hereby given that Sherrie Hampton-Muhamed, Plaintiff in the above named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final Order for **Motion to Transfer Venue** to the Middle District of Florida received on March 23, 2015; denying Plaintiff's Motion to Strike the R&R; adopting Final R & R as decision, Denies RRW Motion to Dismiss without prejudice, Grants in Part and Denies in Part Nutter's Motion to Dismiss entered on March 19, 2015.

Dated 4 April 2015

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
Phone: 404-786-6291
cmrsinc@comcast.net

ATTEST: A TRUE COPY
CERTIFIED THIS
MAY 18 2015
James N. Hatten, Clerk
By: Deputy Clerk

15

## APPEAL RECEIPT SHEET

Case Number: __1:13-CV-3659-CC__

Date fee paid over the counter: _____

Date fee paid and date check receipted from check log: __4-8-15__

Transcript Order Form given to attorney/courier:   Yes _____

No ✓

```
Court Name: Northern District of Georgia
Division: 1
Receipt Number: GAN100072682     72682
Cashier ID: bgutting
Transaction Date: 04/08/2015
Payer Name: SHERRIE HAMPTON MUHAMED
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: SHERRIE HAMPTON MUHAMED
  Case/Party: D-GAN-1-13-CV-003659-001
  Amount:         $505.00
-----------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 100669481345
  Amt Tendered:   $505.00
-----------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

With a check payment you authorize
us either to use information from
your check to make a one-time
electronic fund transfer from your
account or to process the payment
as a check transaction. For
inquiries or privacy
information, call 404-215-1625
```

ATTEST: A TRUE COPY
CERTIFIED THIS

MAY 18 2015

James N. Hatten, Clerk
By: _____
     Deputy Clerk

18



4months,APPEAL,CLOSED

## U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:13-cv-03659-CC
### Internal Use Only

| | |
|---|---|
| Hampton-Muhamed v. James B. Nutter &Co. et al | Date Filed: 11/05/2013 |
| Assigned to: Judge Clarence Cooper | Date Terminated: 03/19/2015 |
| Case in other court: USCA- 11th Circuit, 15-11502-CC | Jury Demand: Plaintiff |
| Cause: 15:1692 Fair Debt Collection Act | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Sherrie Hampton-Muhamed**     represented by   **Sherrie Hampton-Muhamed**
4329 Donerail Drive
Snellville, GA 30039
404-786-6291
PRO SE

V.

**Defendant**

**James B. Nutter &Co.**     represented by   **Ann Reinhard Schildhammer**
Taylor English Duma LLP
Suite 400
1600 Parkwood Circle
Atlanta, GA 30339
678-336-7298
Fax: 770-434-7376
Email: aschildhammer@taylorenglish.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Huey**
*VP*
     represented by   **Ann Reinhard Schildhammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Pitzner**
*VP Compliance*
     represented by   **Ann Reinhard Schildhammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald R. Wolfe &Associates, P.L.**     represented by   **Kevin R. Gowen , II**
Rumberger Kirk &Caldwell-O. FL
P.O. Box 1873
Suite 1400
300 S. Orange Avenue

1

ATTEST: A TRUE COPY
CERTIFIED THIS
MAY 1 8 2015
James N. Hatten, Clerk
By:
Deputy Clerk

        Orlando, FL 32802-1873
        407-872-7300
        Email: kgowen@rumberger.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Suzanne B. Hill**
        Rumberger Kirk &Caldwell-O. FL
        P.O. Box 1873
        Suite 1400
        300 S. Orange Avenue
        Orlando, FL 32802-1873
        407-872-7300
        Email: shill@rumberger.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Scott Eric Zweigel**
        Parker, Hudson, Rainer &Dobbs, LLP
        1500 Marquis Two Tower
        285 Peachtree Center Avenue, N.E.
        Atlanta, GA 30303
        404-420-4338
        Fax: 404-522-8409
        Email: szweigel@phrd.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Andrea D. Pidala**          represented by  **Kevin R. Gowen , II**
*Esquire*                                           (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Suzanne B. Hill**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Scott Eric Zweigel**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1-20**

**Defendant**

**James B. Nutter, Jr.**         represented by  **Ann Reinhard Schildhammer**
*CEO*                                                              (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Keith Ward**
*CFO*

represented by **Ann Reinhard Schildhammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald R. Wolfe**
*Esquire*

represented by **Kevin R. Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Victoria S. Jones**
*Esquire*

represented by **Kevin R. Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frances Hannon**
*Esquire*

represented by **Kevin R. Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Brian R. Hummel**<br>*Esquire* | represented by | **Kevin R. Gowen , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Suzanne B. Hill**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott Eric Zweigel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Luis F. Ugaz**<br>*Esquire* | represented by | **Kevin R. Gowen , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Suzanne B. Hill**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott Eric Zweigel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Julie Anthousis**<br>*Esquire* | represented by | **Kevin R. Gowen , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Suzanne B. Hill**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott Eric Zweigel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sabrina Moravecky**<br>*Esquire* | represented by | **Kevin R. Gowen , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Suzanne B. Hill** |

4

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Katherine E. Tilka**
*Esquire*

represented by **Kevin R. Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Schneider**
*Esquire*

represented by **Kevin R. Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John J. Phillips**
*Esquire*

represented by **Kevin R. Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |

**Defendant**

| Matthew Marks<br>*Esquire* | represented by | Kevin R. Gowen , II<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Suzanne B. Hill<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Scott Eric Zweigel<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Rhonda K. Lewis<br>*Esquire* | represented by | Kevin R. Gowen , II<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Suzanne B. Hill<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Scott Eric Zweigel<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Matthew Wolfe<br>*Esquire* | represented by | Kevin R. Gowen , II<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Suzanne B. Hill<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Scott Eric Zweigel<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Ivan Ivanov<br>*Esquire* | represented by | Kevin R. Gowen , II<br>(See above for address) |
|---|---|---|

        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Suzanne B. Hill**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Scott Eric Zweigel**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Amanda Croteau**
*Esquire*

represented by **Kevin R. Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Suzanne B. Hill**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Scott Eric Zweigel**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 11/05/2013 | 1 | | COMPLAINT with Jury Demand, filed by Sherrie Hampton−Muhamed. ( Filing fee $ 400.00 receipt number 60146.) (Attachments: #1 Exhibit A − K, # 2 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 11/06/2013) |
| 02/28/2014 | 2 | | MOTION for Extension of Time to Serve the Defendants with a summons and complaint by Sherrie Hampton−Muhamed. (tcc) (Entered: 03/04/2014) |
| 03/18/2014 | | | Submission of 2 MOTION for Extension of Time to Serve the Defendants with a summons and complaint, submitted to Magistrate Judge Linda T. Walker. (tcc) (Entered: 03/18/2014) |
| 05/06/2014 | 3 | | AMENDED COMPLAINT against All Defendants with Jury Demand, filed by Sherrie Hampton−Muhamed. (Attachments: #1 Amended Complaint, #2 Amended Complaint, #3 Amended Complaint, #4 Amended Complaint, #5 Exhibits, #6 Exhibits, #7 Exhibits, #8 Exhibits, #9 Exhibits, #10 Exhibits, #11 Exhibits)(tcc) Please visit our website at http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Additional attachment(s) added on 6/23/2014: #12 Exhibit 10 − Correct PDF) (tcc). (Entered: 05/15/2014) |

| | | | |
|---|---|---|---|
| 05/16/2014 | 4 | | ORDER granting 2 Motion for Extension of Time through and including July 3, 2014 for Plaintiff to serve all Defendants. Signed by Magistrate Judge Linda T. Walker on 5/16/2014. (tcc) (Entered: 05/19/2014) |
| 05/19/2014 | | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 4 Order on Motion for Extension of Time (tcc) (Entered: 05/19/2014) |
| 06/25/2014 | 5 | | Summons Issued as to Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (tcc) (Entered: 06/26/2014) |
| 06/25/2014 | 6 | | WAIVER OF SERVICE Returned Executed by Sherrie Hampton-Muhamed. Bruce Huey waiver mailed on 6/20/2014, answer due 8/19/2014; James B. Nutter &Co. waiver mailed on 6/20/2014, answer due 8/19/2014; James B. Nutter, Jr waiver mailed on 6/20/2014, answer due 8/19/2014; Al Pitzner waiver mailed on 6/20/2014, answer due 8/19/2014; Keith Ward waiver mailed on 6/20/2014, answer due 8/19/2014. (tcc) (Entered: 06/26/2014) |
| 07/07/2014 | 7 | | Return of Service Executed by Sherrie Hampton-Muhamed. Julie Anthousis, Amanda Croteau, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Andrea D. Pidala, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe served on 7/1/2014, answers due 7/22/2014. (tcc) (Entered: 07/08/2014) |
| 07/22/2014 | 8 | | Unopposed MOTION for Extension of Time to File Answer re 3 Amended Complaint,, by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, Andrea D. Pidala, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Attachments: # 1 Text of Proposed Order)(Zweigel, Scott) (Entered: 07/22/2014) |
| 07/24/2014 | 9 | | NOTICE of Appearance by Ann Reinhard Schildhammer on behalf of Bruce Huey, James B. Nutter &Co., James B. Nutter, Jr, Al Pitzner, Keith Ward (Schildhammer, Ann) (Entered: 07/24/2014) |
| 07/24/2014 | 10 | | ORDER granting 8 Motion for Extension of Time until August 19, 2014 for the RRW Defendants to answer, object, plead, move or otherwise respond to the 3 Amended Complaint. Signed by Magistrate Judge Linda T. Walker on 7/24/2014. (tcc) (Entered: 07/25/2014) |
| 07/25/2014 | | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 10 Order on Motion for Extension of Time to Answer. (tcc) (Entered: 07/25/2014) |
| 07/28/2014 | 11 | | Unopposed MOTION for Extension of Time to Answer, Object, Plead, Move, or Otherwise Respond re: 3 Amended Complaint,, by John J. Phillips. (Attachments: # 1 Text of Proposed Order)(Zweigel, Scott) (Entered: 07/28/2014) |
| 07/28/2014 | 12 | | ORDER granting 11 Motion for Extension of Time until August 19, 2014 for John F. Phillips to respond to the 3 Amended Complaint. Signed by Magistrate Judge Linda T. Walker on 7/28/2014. (tcc) (Entered: 07/30/2014) |
| 07/31/2014 | 13 | | |

8

| | | | |
|---|---|---|---|
| | | | APPLICATION for Admission of Suzanne B. Hill Pro Hac Vice (Application fee $ 150, receipt number 113E-5319743)by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Zweigel, Scott) (Entered: 07/31/2014) |
| 07/31/2014 | 14 | | APPLICATION for Admission of Kevin R. Gowen, II Pro Hac Vice (Application fee $ 150, receipt number 113E-5319746)by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Zweigel, Scott) (Entered: 07/31/2014) |
| 08/05/2014 | | | APPROVAL by Clerks Office re: 13 APPLICATION for Admission of Suzanne B. Hill Pro Hac Vice (Application fee $ 150, receipt number 113E-5319743). Attorney Suzanne B. Hill added appearing on behalf of Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe (pb) (Entered: 08/05/2014) |
| 08/05/2014 | | | APPROVAL by Clerks Office re: 14 APPLICATION for Admission of Kevin R. Gowen, II Pro Hac Vice (Application fee $ 150, receipt number 113E-5319746). Attorney Kevin R. Gowen, II added appearing on behalf of Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe (pb) (Entered: 08/05/2014) |
| 08/11/2014 | 15 | | ORDER granting 14 Application for Admission of Kevin R. Gowen, II Pro Hac Vice Pro Hac Vice. Signed by Judge Clarence Cooper on 8/11/2014. (tcc) (Entered: 08/11/2014) |
| 08/11/2014 | 16 | | ORDER granting 13 Application for Admission of Suzanne B. Hill Pro Hac Vice. Signed by Judge Clarence Cooper on 8/11/2014. (tcc) (Entered: 08/11/2014) |
| 08/19/2014 | 17 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, or MOTION to Dismiss for Lack of Personal Jurisdiction, or Alternatively, MOTION to Transfer to Venue to the Middle Distrcit of Florida by Bruce Huey, James B. Nutter &Co., James B. Nutter, Jr, Al Pitzner, Keith Ward. (Schildhammer, Ann). Added MOTION to Transfer Case on 8/21/2014 (tcc). Added MOTION to Dismiss on 10/31/2014 (tcc). (Entered: 08/19/2014) |
| 08/19/2014 | 18 | | MOTION to Dismiss Amended Complaint for Lack of Personal Jurisdiction, or MOTION to Transfer Venue to MD FL, or MOTION to Dismiss for Failure to State a Claim with Brief In Support by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. |

9

| | | | |
|---|---|---|---|
| | | | Pidala, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Attachments: #1 Exhibit A – Affidavit of Damon Ellis, #2 Exhibit B – Affidavit of Ronald R. Wolfe, #3 Exhibit C – Affidavit of Julie Anthousis, #4 Exhibit D – Affidavit of Francis E. Hannon, #5 Exhibit E – Afidavit of Brian R. Hummel, #6 Exhibit F – Affidavit of Ivan D, Ivanov, #7 Exhibit G – Affidavit of Victoria S. Jones, #8 Exhibit H – Affidavit of Rhonda K. Lewis, #9 Exhibit I – Affidavit of Matthew Marks, #10 Exhibit J – Affidavit of Sabrina M. Morevecky, #11 Exhibit K – Affidavit of Robert Schneider, #12 Exhibit L – Affidavit of Katherine E. Tilka, #13 Exhibit M – Affidavit of Luis F. Ugaz, #14 Exhibit N – Affidavit of Matthew D. Wolf, #15 Exhibit O – Affidavit of Amanda Croteau, #16 Exhibit P – Affidavit of Andrea D. Pidala, #17 Exhibit Q – Affidavit of John F. Phillips)(Hill, Suzanne) . Added MOTION to Transfer Case, MOTION to Dismiss on 10/31/2014 (tcc). (Entered: 08/19/2014) |
| 08/22/2014 | 19 | | Certificate of Interested Persons by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Gowen, Kevin) (Entered: 08/22/2014) |
| 08/26/2014 | 20 | | Corporate Disclosure Statement by Bruce Huey, James B. Nutter &Co., James B. Nutter, Jr, Al Pitzner, Keith Ward by Bruce Huey, James B. Nutter &Co., James B. Nutter, Jr, Al Pitzner, Keith Ward.(Schildhammer, Ann) (Entered: 08/26/2014) |
| 08/29/2014 | 21 | | Joint MOTION to Stay *Certain Pretrial Deadlines and Incorporated Memorandum of Law* with Brief In Support by Sherrie Hampton–Muhamed, Ronald R. Wolfe &Associates, P.L., Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea D. Pidala, Brian Hummel, Sabrina Moravecky, Frances Hannon, John Phillips, Luis F. Ugaz, James B. Nutter &Co., Bruce Huey, Al Pitzner, James B. Nutter, Jr., and Keith Ward. (Attachments: #1 Text of Proposed Order)(Zweigel, Scott) Modified on 8/29/2014 to add filers. (jtj) (Entered: 08/29/2014) |
| 09/05/2014 | 22 | | UNOPPOSED MOTION for Extension of Time to Respond to Defendants Ronald R. Wolfe &Assocs, P.L. and James B. Nutter &Co., et al re:17 Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and 18 MOTION to Dismiss by Sherrie Hampton–Muhamed. (Attachments: #1 Text of Proposed Order)(bdb) (Entered: 09/08/2014) |
| 09/05/2014 | 23 | | NOTICE Of Filing Change in Plaintiff's Phone Number and Extra Documents in Amended Complaint by Sherrie Hampton–Muhamed. (bdb) (Entered: 09/08/2014) |
| 09/15/2014 | 24 | | CONSENT ORDER GRANTING 21 Joint Motion to Stay Certain Pretrial Deadlines. Signed by Magistrate Judge Linda T. Walker on 9/15/2014. (tcc) (Entered: 09/15/2014) |
| 09/15/2014 | | | Clerks Certificate of Mailing as to Sherrie Hampton–Muhamed re 24 Order on Motion to Stay Certain Pretrial Deadlines. (tcc) (Entered: 09/15/2014) |

| | | | |
|---|---|---|---|
| 09/15/2014 | 25 | | ORDER GRANTING the 22 Unopposed Motion for Extension of Time. It is hereby ORDERED that the time within which the above-named Plaintiff may respond to is extended from September 5, 2014 to October 5, 2014. Signed by Magistrate Judge Linda T. Walker on 9/15/2014. (tcc) (Entered: 09/15/2014) |
| 10/07/2014 | | | Submission of 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction, or Alternatively, to Transfer to Venue to the Middle Distrci MOTION to Transfer Case,* 18 MOTION to Dismiss , submitted to Magistrate Judge Linda T. Walker. (tcc) (Entered: 10/07/2014) |
| 10/07/2014 | 26 | | RESPONSE in Opposition re 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction, or Alternatively, to Transfer to Venue to the Middle Distrci MOTION to Transfer Case* filed by Sherrie Hampton-Muhamed. (tcc) (Entered: 10/07/2014) |
| 10/07/2014 | 27 | | RESPONSE in Opposition re 18 MOTION to Dismiss filed by Sherrie Hampton-Muhamed. (tcc) (Entered: 10/07/2014) |
| 10/23/2014 | 28 | | MOTION for Leave to File Amended Opposition to Defendants' 18 Motion to Dismiss by Sherrie Hampton-Muhamed. (Attachments: # 1 Amended Opposition to Defendants' Motions to Dismiss)(dfb) (Additional attachment(s) added on 10/31/2014: # 2 Affidavit in Rebuttal (Ellis), # 3 Affidavit in Rebuttal (R. Wolfe), # 4 Affidavit in Rebuttal (Anthousis), # 5 Affidavit in Rebuttal (Hannon), # 6 Affidavit in Rebuttal (Hummel), # 7 Affidavit in Rebuttal (Ivanov), # 8 Affidavit in Rebuttal (Jones), # 9 Affidavit in Rebuttal (Lewis), # 10 Affidavit in Rebuttal (Marks), # 11 Affidavit in Rebuttal (Moravecky), # 12 Affidavit in Rebuttal (Schneider), # 13 Affidavit in Rebuttal (Tilka), # 14 Affidavit in Rebuttal (Ugaz), # 15 Affidavit in Rebuttal (M. Wolf), # 16 Affidavit in Rebuttal (Croteau), # 17 Affidavit in Rebuttal (Pidala), # 18 Affidavit in Rebuttal (Phillips), # 19 Text of Proposed Order) (tcc). (Entered: 10/23/2014) |
| 10/23/2014 | 29 | | AFFIDAVIT of Fact filed by Sherrie Hampton-Muhamed. (dfb) (Entered: 10/23/2014) |
| 10/23/2014 | 30 | | Unopposed MOTION for Extension of Time To FIle Reply Brief re: 28 MOTION for Leave to File Amended Opposition to Defendants' Motions to Dismiss by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Attachments: # 1 Text of Proposed Order)(Gowen, Kevin) (Entered: 10/23/2014) |
| 10/27/2014 | 31 | | Unopposed MOTION for Extension of Time To File Reply Brief re: 28 MOTION for Leave to File Amended Opposition to Defendants' Motions to Dismiss by Bruce Huey, James B. Nutter &Co., James B. Nutter, Jr, Al Pitzner, Keith Ward. (Attachments: # 1 Text of Proposed Order)(Schildhammer, Ann) (Entered: 10/27/2014) |
| 10/29/2014 | 32 | | |

| | | |
|---|---|---|
| | | ORDER granting 31 Motion for Extension of Time. The time within which the Nutter Defendants may file a Reply Brief is extended to either: (i) fourteen (14) days after a decision on Plaintiff's motion for leave to amend, if said motion is granted, or (ii) seven (7) days after a decision on Plaintiff's motion for leave to amend, if said motion is denied. Signed by Magistrate Judge Linda T. Walker on 10/28/2014. (tcc) (Entered: 10/29/2014) |
| 10/29/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 32 Order on Motion for Extension of Time. (tcc) (Entered: 10/29/2014) |
| 10/30/2014 | 33 | PRO SE MOTION for Leave to File Amended Response to Defendant's 17 Motion to Dismiss by Sherrie Hampton-Muhamed. (Attachments: # 1 Amended Reponse)(tcc) (Additional attachment(s) added on 10/31/2014: # 2 Affidavit, # 3 Text of Proposed Order) (tcc). (Entered: 10/31/2014) |
| 10/31/2014 | 34 | ORDER granting 33 Pro Se Motion for Leave to File Amended Response to Defendant's 17 Motion to Dismiss. Signed by Magistrate Judge Linda T. Walker on 10/31/2014. (tcc) (Entered: 10/31/2014) |
| 10/31/2014 | 35 | ORDER granting 30 Motion for Extension of Time. It is hereby ORDERED that the time within which the RRW Defendants may file a reply brief to either (1) fourteen days after a decision on Plaintiff's motion for leave to amend, if said motion is granted, or (2) seven (7) days after a decision on Plaintiff's motion for leave to amend, if said motion is denied. Signed by Magistrate Judge Linda T. Walker on 10/31/2014. (tcc) (Entered: 10/31/2014) |
| 10/31/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 35 Order on Motion for Extension of Time, 34 Order on Motion for Leave to File. (tcc) (Entered: 10/31/2014) |
| 11/14/2014 | 36 | REPLY to Response to Motion re 28 MOTION for Leave to File Amended Opposition to Defendants' Motions to Dismiss, 33 MOTION for Leave to File Amended Response to Defendant's Motion to Dismiss filed by Julie Anthousis, Amanda Croteau, Frances Hannon, Bruce Huey, Brian R. Hummel, Ivan Ivanov, James B. Nutter &Co., John Does 1-20, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, James B. Nutter, Jr, John J. Phillips, Andrea D. Pidala, Al Pitzner, Ronald R. Wolfe &Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Keith Ward, Matthew Wolfe, Ronald R. Wolfe. (Attachments: # 1 Exhibit A)(Gowen, Kevin) (Entered: 11/14/2014) |
| 02/20/2015 | 37 | FINAL REPORT AND RECOMMENDATION RECOMMENDING that the RRW Defendants' Alternative Motion to Transfer Venue to the Middle District for Florida be GRANTED. Docket Entry 18 . Defendants James B. Nutter &Company, James B.Nutter, Jr., Keith Ward, Bruce Huey, and Al Pitzner's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction should be GRANTED IN PART AND DENIED IN PART. Docket Entry 17 . The remaining relief requested within the RRW Defendants' Motion to Dismiss should be DENIED WITHOUT PREJUDICE with leave to refile in the Middle District of Florida. Docket Entry 17 . As this is a final Report and Recommendation and there are no other matters pending before this Court, the Clerk is directed to terminate the reference to the undersigned. Signed by Magistrate Judge Linda T. Walker on 2/20/2015. (tcc) (Entered: 02/20/2015) |

| 02/20/2015 | | | (contained w/in 37 RORDER that Plaintiff's Unopposed Motion for Leave to Amend Plaintiff's Response to Defendants' Motion to Dismiss is GRANTED. Docket Entry 28 . Signed by Magistrate Judge Linda T. Walker on 2/20/2015. (tcc) (Entered: 02/20/2015) |
|---|---|---|---|
| 02/20/2015 | 38 | | ORDER for Service of 37 Final Report and Recommendation, by Magistrate Judge Linda T. Walker. Each party may file written objections to the Report &Recommendation within 14 days of service. If no objections are filed, the Report &Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge Linda T. Walker on 2/20/2015. (tcc) (Entered: 02/20/2015) |
| 02/20/2015 | | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 37 FINAL REPORT AND RECOMMENDATION, 38 Order for Service of Report and Recommendation. (tcc) (Entered: 02/20/2015) |
| 03/10/2015 | 39 | | MOTION to Strike 37 FINAL REPORT AND RECOMMENDATION, 38 Order for Service of Report and Recommendation, with Brief In Support by Sherrie Hampton-Muhamed. (tcc) (Entered: 03/13/2015) |
| 03/13/2015 | 40 | | NOTICE Of Filing Verification by Sherrie Hampton-Muhamed re 39 MOTION to Strike 37 FINAL REPORT AND RECOMMENDATION. (tcc) (Entered: 03/13/2015) |
| 03/13/2015 | 41 | | NOTICE Of Filing Proposed Order by Sherrie Hampton-Muhamed re 39 MOTION to Strike 37 FINAL REPORT AND RECOMMENDATION. (tcc) (Entered: 03/13/2015) |
| 03/17/2015 | | | Submission of 37 FINAL REPORT AND RECOMMENDATION re 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction, or Alternatively,,* submitted to District Judge Clarence Cooper. (tcc) (Entered: 03/17/2015) |
| 03/19/2015 | 42 | | ORDER **denying** Plaintiff's 39 Motion to Strike the RR **adopting** the 37 Final Report and Recommendation in its entirety as the decision of this Court. The Court **GRANTS** the RRW Defendants' 18 Motion to Transfer Venue to the Middle District of Florida; **GRANTS in part and DENIES in part** Defendants' 17 Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction; and **DENIES without prejudice** the remaining relief requested in the RRW Defendants' 18 Motion to Dismiss with leave to refile in the Middle District of Florida. Signed by Judge Clarence Cooper on 3/19/2015. (dfb) (Entered: 03/19/2015) |
| 03/19/2015 | | | Civil Case Terminated. (dfb) (Entered: 03/19/2015) |
| 03/19/2015 | | | Case electronically transferred to the U.S. District Court for the Middle District of Florida. (dfb) (Entered: 03/19/2015) |
| 03/19/2015 | | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 42 Order and NEF re Case Transferred Out – District Transfer. (dfb) (Entered: 03/19/2015) |
| 03/19/2015 | | | Acknowledged receipt of electronically transferred case by USDC MD FL, their civil action no. 8:15-cv-00608. (tcc) (Entered: 03/20/2015) |

| Date | Doc # | | Description |
|---|---|---|---|
| 04/06/2015 | 43 | | RESPONSE in Opposition re 18 MOTION to Transfer Case filed by Sherrie Hampton-Muhamed. (Attachments: # 1 Exhibits)(tcc) (Entered: 04/08/2015) |
| 04/06/2015 | 44 | 15 | NOTICE OF APPEAL as to 42 Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Transfer Case, Order on Final Report and Recommendation and Order on Motion to Strike, by Sherrie Hampton-Muhamed. Transcript Order Form due on 4/20/2015. (Attachments: # 1 NOA Transmittal Letter)(TOF, IFP Form, Appeal Fee Letter sent)(cc:USCA)(pjm) (Entered: 04/08/2015) |
| 04/08/2015 | 45 | | Transmission of Certified Copy of Notice of Appeal, Order, Report and Recommendation and Docket Sheet to US Court of Appeals re: 44 Notice of Appeal. (pjm) (Entered: 04/08/2015) |
| 04/08/2015 | 46 | 18 | USCA Appeal Fees received $ 505.00 receipt number GAN100072682 re: 44 Notice of Appeal, filed by Sherrie Hampton-Muhamed. (pjm) (Entered: 04/08/2015) |
| 04/15/2015 | 47 | | USCA Acknowledgment of 44 Notice of Appeal, filed by Sherrie Hampton-Muhamed. Case Appealed to USCA- 11th Circuit. Case Number 15-11502-CC. (pjm) (Entered: 04/16/2015) |
| 04/16/2015 | | | Pursuant to F.R.A.P.11(c), the Clerk certifies that the record is complete for purposes of this appeal, 44 Notice of Appeal. Case Appealed to USCA- 11th Circuit. Case Number 15-11502-CC. The entire record on appeal is available electronically. (pjm) (Entered: 04/16/2015) |