# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 10, 2015

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 15-11485-B
Case Style: Sherrie Hampton-Muhamed v. James B. Nutter & Company, et al
District Court Docket No: 8:15-cv-00608-JDW-TGW

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-11485-B

_____

SHERRIE HAMPTON-MUHAMED,

                                                                Plaintiff-Appellant,

versus

JAMES B. NUTTER & COMPANY,
BRUCE HUEY,
VP,
AL PITZNER,
VP Compliance,
RONALD R. WOLFE & ASSOCIATES, P.L.,
ANDREA D. PIDALA,
Esquire, et al.,

                                                                 Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before: HULL, ROSENBAUM and JILL PRYOR, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction, and any pending motions are denied as moot. Appellant Sherrie Hampton-Muhamed has appealed from the district court's March 19, 2015 order dismissing the amended complaint as to certain defendants, and

transferring the case the United States District Court for the Middle District of Florida. The district court's order is not final and appealable at this time because Hampton-Muhamed's claims against several defendants remain pending, and the district court has not certified the case for immediate review under Federal Rule of Civil Procedure 54(b). *See* 28 U.S.C. § 1291; Fed.R.Civ.P. 54(b); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012). Moreover, the district court's transfer order is not an immediately appealable decision. *See Dobard v. Johnson*, 749 F.2d 1503, 1506-07 (11th Cir. 1985). Hampton-Muhamed may of course appeal once the district court enters a final judgment adjudicating the remaining claims in this case.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.