UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

    Plaintiff,

v.                                                              Case No: 8:15-cv-608-T-27TGW

JAMES B. NUTTER & COMPANY, et al.,

    Defendants.
_____/

### ORDER

**BEFORE THE COURT** is the Eleventh Circuit Court of Appeals' Order dismissing Plaintiff's appeal (Dkt. 62). Within **fourteen (14) days**, Plaintiff is directed to respond to Defendants' motions to dismiss (Dkts. 48, 50). Failure to do so will result in the motions being treated as unopposed.

**DONE AND ORDERED** this 11th day of June, 2015.

                                                          JAMES D. WHITTEMORE
                                                          United States District Judge

Copies to:
Counsel of Record
Pro se Plaintiff