UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

    Plaintiff,

v.                                                Case No: 8:15-cv-608-T-27TGW

JAMES B. NUTTER & COMPANY, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's *pro se* "Emergency Motion to Vacate Judges Order of June 11, 2015" (Dkt. 65). Plaintiff's motion is **DENIED**. Plaintiff shall comply with the June 11, 2015 Order (Dkt. 64) directing her to respond to Defendants' motions to dismiss. Failure to respond as ordered will result in the motions being considered unopposed.

The order Plaintiff seeks to have vacated directed her to respond to Defendants' motions to dismiss (Dkt. 64) and advised Plaintiff that failure to respond would result in the motions being treated as unopposed. Plaintiff's concern is her understanding that an appeal is pending before the Eleventh Circuit Court of Appeals in Case No. 15-11502. That appeal, however, was dismissed by the Eleventh Circuit on June 22, 2015. Appeal No. 15-11485 was dismissed on June 10, 2015 (Dkt. 62). No appeals are pending.

**DONE AND ORDERED** this 24th day of June, 2015.

                                                                       JAMES D. WHITTEMORE
                                                                       United States District Judge

Copies to: Plaintiff *pro se*
             counsel of Record