UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

    PLAINTIFF,

VS.                                      CASE NO.: 8:15-CV-608-T-27TGW

JAMES B NUTTER & CO.,
BRUCE HUEY, VP, AL PITZNER, VP,
RONALD R. WOLFE & ASSOCIATES, P.L.,
ANDREA D. PIDALA, ESQ., JOHN DOES 1-20,

    DEFENDANTS.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE OF COURT TO ATTEND CASE MANAGEMENT MEETING TELEPHONICALLY**

    Defendants, Ronald R. Wolfe & Associates, P.L., Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea D. Pidala, Brian Hummel, Sabrina Moravecky, Francis Hannon, Luis F. Ugaz, John F. Phillips, and James B. Nutter and Company (collectively, "the Defendants") hereby move this Court for entry of an Order granting them leave to attend the case management meeting telephonically and in support thereof state:

    1.    The parties have scheduled a case management meeting to be held on August 7, 2015 at 3:00 p.m. pursuant to Local Rule 3.05(c)(2)(B) to discuss case management and prepare the Case Management Report.

    2.    Counsel for Defendants is based in Orlando, Florida. The *pro se* Plaintiff lives in Snellville, Georgia, approximately 450 miles from Orlando.

3. In order to conserve resources and litigate this matter as efficiently as possible, Defendants' undersigned counsel requests leave of court to attend the meeting of the parties for preparation of the Case Management Report telephonically.

4. The *pro se* Plaintiff has advised Defendants' undersigned counsel that she does not object to the telephonic appearance of Defendants' counsel at the case management meeting.

### CERTIFICATE OF RULE 3.01(g) COMPLIANCE

Undersigned counsel for Defendants certifies that on August 4, 2015, he conferred with the *pro se* Plaintiff by email, who stated that she did not object to the relief sought in this motion.

Respectfully submitted,

*s/ Kevin R. Gowen, II*
SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-Mail:  shill@rumberger.com
KEVIN R. GOWEN, II, ESQUIRE
Florida Bar No. 0900621
E-Mail:  kgowen@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed and emailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participant: **Sherrie Hampton-Muhamed, 4329 Donerail Drive, Snellville, Georgia, 30039;** and at **cmrsinc@comcast.net.**

       *s/ Kevin R. Gowen, II*
       SUZANNE BARTO HILL, ESQUIRE
       Florida Bar No. 0846694
       E-Mail:  shill@rumberger.com
       KEVIN R. GOWEN, II, ESQUIRE
       Florida Bar No. 0900621
       E-Mail:  kgowen@rumberger.com
       RUMBERGER, KIRK & CALDWELL
       A Professional Association
       Lincoln Plaza, Suite 1400
       300 South Orange Avenue (32801)
       Post Office Box 1873
       Orlando, Florida  32802-1873
       Telephone:  (407) 872-7300
       Telecopier:  (407) 841-2133

       Attorneys for RRW Defendants