# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

Sherrie Hampton-Muhamed,

Plaintiff,

v.

Case No: 8-15-cv-00608-T-27TGW

James B Nutter & Company
James B Nutter, Jr., CEO
Keith Ward, CFO
Bruce Huey, VP
Al Pitzner, VP Compliance
Ronald R. Wolfe & Associates, P.L.
Ronald R. Wolfe, Esquire
Andrea D. Pidala, Esquire
Victoria S. Jones, Esquire
Frances Hannon, Esquire
Brian R. Hummel, Esquire
Luis F. Ugaz, Esquire
Julie Anthousis. Esquire
Sabrina Moravecky, Esquire
Katherine E. Tilka, Esquire
Robert Schneider, Esquire
John. J. Phillips, Esquire
Matthew Marks, Esquire
Rhonda K. Lewis, Esquire
Ivan Ivanov, Esquire
Amanda Croteau, Esquire

and

JOHN DOES 1-20,
Defendants

_____/

## MOTION TO FILE ELECTRONICALLY

Comes now Plaintiff, Sherrie Hampton-Muhamed unrepresented by counsel and extremely prejudiced by not being able to file electronically and requests the ability to use the CM/ECF system.

PLAINTIFF'S MOTION TO FILE ELECTRONICALLY        1

1. FRCP 5 has designated that all pro se litigants are to receive service of documents by U.S. Postal Service.

2. Defendants in this case are well aware that Plaintiff is proceeding pro se and does not have access to the CM/ECF filing system to receive electronic service of filings. Defendants have been directed to effect service upon Plaintiff using the United States Postal Service

3. Plaintiff's documents per local rules state, "not filed electronically as Plaintiff is excused from filing this document or thing electronically by Court order."

4. Whether it is intentional or not, Plaintiff has not always received documents from the defendants or the court in a timely manner and sometimes not at all.

5. U.S.P.S. has also affected Defendants' ability to receive Plaintiff's documents in a timely manner.

6. Plaintiff was given permission to file electronically since the beginning of the initial civil lawsuit filed against her in the IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA CIVIL ACTION Plaintiff was given express permission to file electronically because court was aware of her disability and her distance away from the court.

7. Plaintiff never received any complaints from the court because she has always complied with proper filing procedures.

8. Because Plaintiff has to reserve time to mail responses/motions her response times are reduced which prejudices Plaintiff.

9. Plaintiff is also affected financially, since in order to maximize response times, she has to pay more to express documents overnight..

10. The ability to file electronically will not only stop confusion about when documents are mailed and received but will also expedite the process more efficiently.

Wherefore, Plaintiff has not always received documents timely from Defendants and is prejudiced by not being able to file electronically, and where Plaintiff is already familiar with the Florida electronically filing portal, as she is been using it for three years; Plaintiff respectfully moves the court to allow this plaintiff to file electronically due to unusual circumstances.

Dated: August 10, 2015

Respectfully submitted,

Without recourse, all rights reserved

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
Phone: (404) 786-6291
Fax: 770-978-0207
cmrsinc@comcast.net

## VERIFICATION OF MOTION TO FILE ELECTRONICALLY

Under penalty of perjury, I declare that I am the Plaintiff in the above-entitled matter, I have read the Motion and the facts alleged therein are true and correct to the best of my knowledge and belief.

Dated: August 10, 2015

Respectfully submitted,

Without recourse, all rights reserved

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
Phone: (404) 786-6291
Fax: 770-978-0207
cmrsinc@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing MOTION TO FILE

ELECTRONICALLY to be served in this matter by E-mail, Fax or U.S. Mail, addressed as

follows:

Filed this _10th_ day of August 2015.

SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-Mail: shill@rumberger.com
KEVIN R. GOWEN, II, ESQUIRE
Florida Bar No. 0900621
E-Mail: kgowen@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
Attorneys for RRW Defendants

U. S. District Court
Middle District of Florida Tampa Division
Office of the Clerk
Suite M, Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

And with the Clerk of Court through US Mail, Tracking # EK 538935046 US and
not filed electronically as Plaintiff is excused from filing this document or thing electronically by
Court order.

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net