UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Sherrie Hampton-Muhamed,

Plaintiff,

v.                                                                Case No: 8-15-cv-00608-T-27TGW

James B Nutter & Company
James B Nutter, Jr., CEO
Keith Ward, CFO
Bruce Huey, VP
Al Pitzner, VP Compliance
Ronald R. Wolfe & Associates, P.L.
Ronald R. Wolfe, Esquire
Andrea D. Pidala, Esquire
Victoria S. Jones, Esquire
Frances Hannon, Esquire
Brian R. Hummel, Esquire
Luis F. Ugaz, Esquire
Julie Anthousis. Esquire
Sabrina Moravecky, Esquire
Katherine E. Tilka, Esquire
Robert Schneider, Esquire
John. J. Phillips, Esquire
Matthew Marks, Esquire
Rhonda K. Lewis, Esquire
Ivan Ivanov, Esquire
Amanda Croteau, Esquire

and

JOHN DOES 1-20,
Defendants
_____/

# MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS

PLAINTIFF'S MOTION TO EXTEND TIME             1

Comes now, Sherrie Hampton-Muhamed, Plaintiff, with request to extend time or stay the action until the 11th Circuit appeal court makes a decision on Plaintiff's Reply to Defendants Objection to Plaintiff's Motion for Reconsideration.

1. The appeal from the United States District Court for the Northern District of Georgia, Atlanta Division, (NDGA) was filed for a violation of Federal Law 28 USC §1404(a) and 15 USC§ 1692 (i).

2. Federal Statute 28 USC 1404(a) was amended in December in 2011 and states that ALL parties must consent to transfer to a different venue.

3. Federal Statute 15 USC 1692(i) states that alleged debtor cannot be sued except where the contract was signed or where the alleged debtor resides.

4. Plaintiff is elderly, disabled and has medical orders not to travel and all of the abuse and harassment took place where she is resides in Georgia.

5. When this case was transferred, without her consent, to United States District Court for the Middle District of Florida, Tampa,(MDFL) Plaintiff appealed the order from the NDGA order and received case # 15-11489B from the 11th Circuit appealing Georgia case 1:13-cv-03659-CC.

6. The 11th Circuit dismissed the appeal on June 11, 2015.

7. Plaintiff filed a Motion for Reconsideration on June 28, 2015.

8. Defendants filed an Objection to Plaintiff's Motion for Reconsideration, whch was docketed on July 24, 2015 in Appeal Case No. 15-11485 and received by Plaintiff on July 27, 2015.

9. Plaintiff filed a timely Reply to defendant's Objection on August 4, 2015 and was docketed on August 7, 2015 under Appeal Case No. 15-11485. (Reply attached as Annex A).

10. Plaintiff and Defendants' counsel, Kevin Gowan, completed the Case Management Conference on August 7, 2015 and discussed the issue of Plaintiff wanting more time to respond to Defendants' Motion to Dismiss.

11. Kevin Gowan told Plaintiff that he thought her reply was moot, thinking the case was closed.

12. It wasn't until after the call that Plaintiff saw that the attached Reply was docketed in appeal # 15-11485B and it was too late to call counsel back to confer.

13. There has been no more discussion with counsel in reference to this motion.

Wherefore, Plaintiff's Motion for Reconsideration and Reply are still open in the 11th Circuit Court of Appeals (Case No. 15-11485),;Plaintiff moves the court to extend the time to respond to Defendants' Motion to Dismiss; or Stay the time to respond until the 11th Circuit finalizes their decision.

Dated: August 10, 2015                                    Respectfully submitted,

                                                          Without recourse, all rights reserved

                                                          *Sherrie Hampton-Muhamed* (signature)
                                                          Sherrie Hampton-Muhamed
                                                          4329 Donerail Dr.
                                                          Snellville, GA 30039
                                                          Phone: (404) 786-6291
                                                          cmrsinc@comcast.net

PLAINTIFF'S MOTION TO EXTEND TIME          3

## VERIFICATION OF MOTION FOR EXTENSION OF TIME

Under penalty of perjury, I declare that I am the Plaintiff in the above-entitled matter, I have read the Motion and the facts alleged therein are true and correct to the best of my knowledge and belief.

Dated: August 10, 2015

Respectfully submitted,

*[signature]*
Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
Phone: (404) 786-6291
Fax: 770-978-0207
cmrsinc@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS to be served in this matter by E-mail, Fax or U.S. Mail, addressed as follows :

Filed this ____ day of August 2015.

SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-Mail: shill@rumberger.com
KEVIN R. GOWEN, II, ESQUIRE
Florida Bar No. 0900621
E-Mail: kgowen@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
Attorneys for RRW Defendants

U. S. District Court
Middle District of Florida Tampa Division
Office of the Clerk
Suite M, Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

And with the Clerk of Court through US Mail, Tracking # EK538935046 US and not filed electronically as Plaintiff is excused from filing this document or thing electronically by Court order.

*Sherrie Hampton-Muhamed* (signature)

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net