# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Sherrie Hampton-Muhamed,

Plaintiff,

v.

Case No: 8-15-cv-00608-T-27TGW

James B Nutter & Company
James B Nutter, Jr., CEO
Keith Ward, CFO
Bruce Huey, VP
Al Pitzner, VP Compliance
Ronald R. Wolfe & Associates, P.L.
Ronald R. Wolfe, Esquire
Andrea D. Pidala, Esquire
Victoria S. Jones, Esquire
Frances Hannon, Esquire
Brian R. Hummel, Esquire
Luis F. Ugaz, Esquire
Julie Anthousis, Esquire
Sabrina Moravecky, Esquire
Katherine E. Tilka, Esquire
Robert Schneider, Esquire
John. J. Phillips, Esquire
Matthew Marks, Esquire
Rhonda K. Lewis, Esquire
Ivan Ivanov, Esquire
Amanda Croteau, Esquire

and

JOHN DOES 1-20,
Defendants

_____/

# MOTION FOR TELEPHONIC HEARINGS DUE TO SPECIAL CIRCUMSTANCES

Comes now Plaintiff, Sherrie Hampton-Muhamed, with this Motion requesting that Plaintiff be able to attend hearings and have oral arguments by telephone, when any appearance is necessary, due to geographical location and physical handicap.

1. Plaintiff lives out of state in Snellville, Georgia

2. Some Defendants live in Orlando, Florida and others live in Kansas City, Missouri.

3. Plaintiff is physically disabled, and her physician has ordered her not to travel more than 30 minutes from her home. (Attached are Exhibit A and B Orders from physician that can be updated if required)

4. Plaintiff is requesting this now to prevent any delays in moving the case forward.

5. Plaintiff also requests the ability to appear telephonically for oral arguments.

   **WHEREFORE**, Plaintiff, Sherrie Hampton-Muhamed, is disabled and unable to travel, respectfully moves this Court to enter an Order to grant this Motion to Appear Telephonically for hearings, oral arguments and any case management meetings related to Special Circumstances and distance and has had permission from Plaintiff and the court previously.

Dated: August 10, 2015                          Respectfully submitted,

                                                Sherrie Hampton-Muhamed
                                                4329 Donerail Dr.
                                                Snellville, GA 30039
                                                Phone:  (404) 786-6291
                                                Fax:  770-978-0207
                                                cmrsinc@comcast.net


### VERIFICATION OF MOTION TO APPEAR TELEPHONICALLY

Under penalty of perjury, I declare that I am the Plaintiff in the above-entitled matter, I have read the Motion and the facts alleged therein are true and correct to the best of my knowledge and belief.

Dated: August 10, 2015

Respectfully submitted,

Without recourse, all rights reserved

*Sherrie Hampton-Muhamed*

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
Phone: (404) 786-6291
Fax: 770-978-0207
cmrsinc@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the foregoing MOTION TO APPEAR TELEPHONICALLY to be served in this matter by E-mail, Fax or U.S. Mail, addressed as follows :

Filed this _10th_ day of  August 2015.

SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-Mail: shill@rumberger.com
KEVIN R. GOWEN, II, ESQUIRE
Florida Bar No. 0900621
E-Mail: kgowen@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
Attorneys for RRW Defendants

U. S. District Court
Middle District of Florida Tampa Division
Office of the Clerk
Suite M, Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

And with the Clerk of Court through US Mail, Tracking # _EK 538 935 046_ US and not filed electronically as Plaintiff is excused from filing this document or thing electronically by Court order.

_Sherrie Hampton- Muhamed_
Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net