UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

    Plaintiff,

v.                                               Case No: 8:15-cv-608-T-27TGW

JAMES B. NUTTER & COMPANY, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is pro se Plaintiff's Motion to File Electronically (Dkt. 72) and Motion for Telephonic Hearings Due to Special Circumstances (Dkt. 74). Upon consideration, it is **ORDERED**:

1. Plaintiff's Motion to File Electronically (Dkt. 72) is **GRANTED** *in this case only*. Plaintiff is directed to contact the Office of Clerk at (813) 301-5440 for assignment of an ID and password.

2. It is suggested that Plaintiff review the CM/ECF Program Tutorial which can be located at www.flmd.uscourts.gov. It is also suggested that Plaintiff familiarize herself with the CM/ECF Administrative Procedures for Civil and Criminal Cases, which can be located at the same website. Failure to comply with CM/ECF Administrative Procedures may result in filings being stricken and/or the privilege of electronic filing being revoked.

3. Plaintiff's Motion for Telephonic Hearings Due to Special Circumstances (Dkt. 74) is **DENIED** *without prejudice*. There are currently no hearings scheduled in this case. Plaintiff may request such relief if and when a hearing is set.

**DONE AND ORDERED** this 12th day of August, 2015.

                                                             JAMES D. WHITTEMORE
                                                             United States District Judge

Copies to: Counsel of Record/Unrepresented parties