# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 12, 2015

Sherrie Hampton-Muhamed
4329 DONERAIL DR
SNELLVILLE, GA 30039

Appeal Number: 15-11485-B
Case Style: Sherrie Hampton-Muhamed v. James B. Nutter & Company, et al
District Court Docket No: 8:15-cv-00608-JDW-TGW

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

Enclosure(s)

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-11485-B

_____

SHERRIE HAMPTON-MUHAMED,

                                                  Plaintiff-Appellant,

versus

JAMES B. NUTTER & COMPANY,
BRUCE HUEY,
VP,
AL PITZNER,
VP Compliance,
RONALD R. WOLFE & ASSOCIATES, P.L.,
ANDREA D. PIDALA,
Esquire, et al.,

                                                  Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before: HULL, WILSON and JORDAN, Circuit Judges.

BY THE COURT:

    Sherrie Hampton-Muhamed's June 30, 2015 motion for reconsideration of our June 10, 2015 order dismissing this appeal for lack of appellate jurisdiction is DENIED.