# Exhibit "B"

to
Motion for Attorneys' Fees

## Parker, Hudson, Rainer & Dobbs LLP
A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, N.E.
ATLANTA, GA 30303
(404) 523-5300

EIN: 58-1423485

Invoice Date: 07/31/2014   WJH
Invoice No.   217282

ATTN:  Kevin R. Gowan, Esq.

RECEIVED
AUG 2 5 2014
JBNutter
BY:

Re: Sherrie Hampton-Muhamed vs
     (005917/00001)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH:   July 31, 2014**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/21/14 | SEZ | Telephone conference with Mr. Gowen re: ████████; review and analyze complaint; e-mails with WJH re: ████████ | 1.10 hrs | $345 /hr | $379.50 |
| 07/22/14 | SEZ | Review and analyze complaint and docket; telephone conference with Mr. Gowen re: ████████; e-mails with Ms. Hill and Mr. Gowen re: ████████; review and revise motion for extension of time to file answer and proposed order for same; draft engagement letter; e-mails with Mr. Gowen re: ████████ | 3.00 hrs | $345 /hr | $1,035.00 |
| 07/24/14 | SEZ | Review and revise notice of joinder for last remaining RRW defendant and e-mails with Ms. Hill and Mr. Gowen re: same; telephone conference with Mr. Gowen re: ████ | 0.90 hrs | $345 /hr | $310.50 |
| 07/25/14 | SEZ | Review order granting extension of time to answer and e-mails re: same | 0.20 hrs | $345 /hr | $69.00 |
| 07/28/14 | SEZ | Review and revise motion for extension of time for Mr. Phillips and e-mails with Ms. Hill and Mr. Gowen re: same; finalize and file motion for extension | 0.40 hrs | $345 /hr | $138.00 |
| 07/30/14 | SEZ | Review order granting Mr. Phillips' motion for extension and e-mails re: same | 0.20 hrs | $345 /hr | $69.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client No.: 005917 | | Matter No.: 00001 | Bill 217282 | | Page 2 |
| 07/31/14 | SEZ | Finalize and file pro hac vice applications; e-mails and telephone conference with Ms. Ophoff re: ▮ | 0.60 hrs | $345 /hr | $207.00 |
| | TOTAL PROFESSIONAL FEES: | | 6.40 hrs | | $2,208.00 |

**EXPENSES:**

| | | |
|---|---|---|
| 07/31/14 | Postage | 3.20 |
| 07/31/14 | BOAVIS JULY SEZ; Pro Hac Vice Admission Filing Fees | 150.00 |
| 07/31/14 | BOAVIS JULY SEZ; Pro Hac Vice Admissions Filing Fees | 150.00 |
| | TOTAL EXPENSES | $303.20 |

**BILLING SUMMARY:**

| | | | | |
|---|---|---|---|---|
| SEZ | Zweigel, Scott E. | 6.40 hrs | $345 | $2,208.00 |

| | | |
|---|---|---|
| Current Total Fees: | 6.40 hrs | $2,208.00 |
| Current Total Expenses: | | $303.20 |
| **CURRENT AMOUNT DUE:** | | **$2,511.20** |
| **TOTAL AMOUNT NOW DUE** | | **$2,511.20** |

# Parker, Hudson, Rainer & Dobbs LLP
A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, N.E.
ATLANTA, GA 30303
(404) 523-5300

EIN: 58-1423485



Invoice Date: 08/31/2014   WJH
Invoice No.   218012

ATTN: ███

**Re: Sherrie Hampton-Muhamed**
   **(005917/00001)**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH:   August 31, 2014**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/14 | SEZ | E-mails with Ms. Olhoff re: ███ ███ | 0.20 hrs | $345 /hr | $69.00 |
| 08/05/14 | SEZ | Review clerk approval of pro hac submissions and e-mails re: same | 0.20 hrs | $345 /hr | $69.00 |
| 08/08/14 | SEZ | E-mails with Mr. Gowen re: ███ ███ legal research re: ███ ███ | 0.70 hrs | $345 /hr | $241.50 |
| 08/11/14 | SEZ | Review and revise motion to dismiss and ███; e-mails with Mr. Gowen re: ███ | 2.40 hrs | $345 /hr | $828.00 |
| 08/12/14 | SEZ | Review file; review local rules re: filing of briefs; e-mails with Mr. Gowen and Ms. Hill re: ███ review and analyze draft motion to dismiss | 0.50 hrs | $345 /hr | $172.50 |
| 08/15/14 | SEZ | E-mails with Ms. Hill and Mr. Gowen re: ███ review and revise motion to dismiss and analyze arguments made in same | 1.80 hrs | $345 /hr | $621.00 |
| 08/19/14 | SEZ | Review and analyze motion to dismiss filed by Nutter Defendants; telephone conference with Mr. Gowen re: ███ filings; review final filed motion to dismiss and affidavits | 0.80 hrs | $345 /hr | $276.00 |
| 08/21/14 | SEZ | Telephone conference with Plaintiff and e-mails with counsel re: 26(f) conference and corporate disclosure statement | 0.30 hrs | $345 /hr | $103.50 |
| 08/22/14 | SEZ | Review and revise corporate disclosure and e-mails re: same | 0.30 hrs | $345 /hr | $103.50 |
| 08/25/14 | SEZ | Telephone conference with Ms. | 0.50 hrs | $345 /hr | $172.50 |

RECEIVED SEP 22 2014 BY:

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Hampton-Muhamed re: 26(f) and motion to stay; e-mails re: telephone conference with Ms. Hampton-Muhamed | | | | |
| 08/26/14 | SEZ | Draft joint motion to stay deadlines; e-mails re: joint motion | 0.90 hrs | $345 /hr | | $310.50 |
| 08/29/14 | SEZ | E-mails with Ms. Hill and Ms. Hampton-Muhamed re: 26(f) petition | 0.30 hrs | $345 /hr | | $103.50 |
| | TOTAL PROFESSIONAL FEES: | | 8.90 hrs | | | $3,070.50 |

**EXPENSES:**

| | | | |
|---|---|---|---|
| 08/31/14 | Postage | | 0.69 |
| | TOTAL EXPENSES | | $0.69 |

**BILLING SUMMARY:**

| | | | | | |
|---|---|---|---|---|---|
| SEZ | Zweigel, Scott E. | 8.90 hrs | $345 | $3,070.50 | |

| | | | |
|---|---|---|---|
| Current Total Fees: | 8.90 hrs | | $3,070.50 |
| Current Total Expenses: | | | $0.69 |
| **CURRENT AMOUNT DUE:** | | | **$3,071.19** |
| BALANCE FORWARD | | | $2,511.20 |
| **TOTAL AMOUNT NOW DUE** | | | **$5,582.39** |

# Parker, Hudson, Rainer & Dobbs LLP
A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, N.E.
ATLANTA, GA 30303
(404) 523-5300

EIN: 58-1423485

Invoice Date: 09/30/2014  WJH
Invoice No.  218498



ATTN:

Re: Sherrie Hampton-Muhamed
    (005917/00001)

FOR PROFESSIONAL SERVICES RENDERED THROUGH: September 30, 2014

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/14 | SEZ | E-mails with Ms. Hampton-Muhamed re: extension of time to respond to motion to dismiss | 0.20 hrs | $345 /hr | $69.00 |

TOTAL PROFESSIONAL FEES:  0.20 hrs  $69.00

**BILLING SUMMARY:**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| SEZ | Zweigel, Scott E. | 0.20 hrs | $345 | $69.00 |

Current Total Fees:  0.20 hrs  $69.00

**CURRENT AMOUNT DUE:**  $69.00

BALANCE FORWARD  $5,582.39

**TOTAL AMOUNT NOW DUE**  $5,651.39

# Parker, Hudson, Rainer & Dobbs LLP

A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, N.E.
ATLANTA, GA 30303
(404) 523-5300

EIN: 58-1423485

Invoice Date: 11/30/2014 WJH
Invoice No. 220159



ATTN:

Re: Sherrie Hampton-Muhamed
(005917/00001)

FOR PROFESSIONAL SERVICES RENDERED THROUGH: November 30, 2014

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/14 | SEZ | E-mails with Mr. Gowen re: review and analyze motion to dismiss or to transfer venue response brief and analyze reply brief arguments; review and analyze docket and review file | 1.30 hrs | $345 /hr | $448.50 |
| 11/13/14 | SEZ | Review and revise reply brief in support of motion to dismiss | 0.90 hrs | $345 /hr | $310.50 |
| 11/14/14 | SEZ | Telephone conferences with Mr. Gowen re: | 1.20 hrs | $345 /hr | $414.00 |

TOTAL PROFESSIONAL FEES: 3.40 hrs $1,173.00

**BILLING SUMMARY:**

| | | | | |
|---|---|---|---|---|
| SEZ | Zweigel, Scott E. | 3.40 hrs | $345 | $1,173.00 |

Current Total Fees: 3.40 hrs $1,173.00

**CURRENT AMOUNT DUE:** $1,173.00

BALANCE FORWARD $1,932.00

**TOTAL AMOUNT NOW DUE** $3,105.00

# Parker, Hudson, Rainer & Dobbs LLP
A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, N.E.
ATLANTA, GA 30303
(404) 523-5300

EIN: 58-1423485

Invoice Date: 02/28/2015 WJH
Invoice No. 221851



ATTN:

**Re: Sherrie Hampton-Muhamed**
   **(005917/00001)**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH:   February 28, 2015**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/20/15 | SEZ | Review and revise report and recommendation and e-mails re: same | 0.40 hrs | $360 /hr | $144.00 |
| 02/27/15 | SEZ | Telephone conference with Mr. Gowen re: | 0.40 hrs | $360 /hr | $144.00 |

TOTAL PROFESSIONAL FEES:    0.80 hrs    $288.00

**BILLING SUMMARY:**

| | | | | |
|---|---|---|---|---|
| SEZ | Zweigel, Scott E. | 0.80 hrs | $360 | $288.00 |

Current Total Fees:    0.80 hrs    $288.00

**CURRENT AMOUNT DUE:**    **$288.00**
BALANCE FORWARD    $3,105.00
PAYMENTS APPLIED THROUGH    02/09/2015    ($3,105.00)

**TOTAL AMOUNT NOW DUE**    **$288.00**

# Parker, Hudson, Rainer & Dobbs LLP
A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, N.E.
ATLANTA, GA 30303
(404) 523-5300

EIN: 58-1423485

Invoice Date: 03/31/2015   WJH
Invoice No.   222923



ATTN:

**Re: Sherrie Hampton-Muhamed**
   **(005917/00001)**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH:   March 31, 2015**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/13/15 | SEZ | Review objections to magistrate judge order and e-mail exchanges with Mr. Gowen re: same | 0.30 hrs | $360 /hr | $108.00 |
| 03/20/15 | SEZ | E-mails K. Gowen and S. Hampton-Muhamed re: ▬ review rules re: same | 0.20 hrs | $360 /hr | $72.00 |
| 03/23/15 | SEZ | Telephone conference with Mr. Gowen re: ▬; review same | 0.40 hrs | $360 /hr | $144.00 |
| 03/26/15 | SEZ | Review and revise motion to withdraw and e-mails Mr. Gowen re: same | 0.40 hrs | $360 /hr | $144.00 |

TOTAL PROFESSIONAL FEES:   1.30 hrs   $468.00

**BILLING SUMMARY:**
SEZ   Zweigel, Scott E.   1.30 hrs   $360   $468.00

Current Total Fees:   1.30 hrs   $468.00

**CURRENT AMOUNT DUE:**   **$468.00**
BALANCE FORWARD   $288.00

**TOTAL AMOUNT NOW DUE**   **$756.00**

# Parker, Hudson, Rainer & Dobbs LLP
A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, N.E.
ATLANTA, GA 30303
(404) 523-5300

EIN: 58-1423485

Invoice Date: 04/30/2015  WJH
Invoice No.  223369



ATTN:

**Re: Sherrie Hampton-Muhamed**
   **(005917/00001)**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH:   April 30, 2015**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/15 | SEZ | E-mail exchange with Mr. Gowen re: | 0.30 hrs | $360 /hr | $108.00 |
| 03/13/15 | JGUN | Review and draft summary of procedure for responding to objections to magistrate judge report and recommendation | 0.70 hrs | $200 /hr | $140.00 |
| 04/15/15 | SEZ | Review appellate dockets; review appellate rules re: notices of appearance; review file | 0.40 hrs | $360 /hr | $144.00 |
| 04/16/15 | SEZ | E-mails with Ms. Hill and Mr. Gowen re: review rules; review and compare notices of appeal in Northern District of Georgia action and Middle District of Florida action | 0.30 hrs | $360 /hr | $108.00 |

   TOTAL PROFESSIONAL FEES:                    1.70 hrs            $500.00

**BILLING SUMMARY:**

| Atty | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SEZ | Zweigel, Scott E. | 1.00 hrs | $360 | $360.00 |
| JGUN | Gunter, Justin P. | 0.70 hrs | $200 | $140.00 |

Current Total Fees:          1.70 hrs            $500.00

**CURRENT AMOUNT DUE:**                        **$500.00**

BALANCE FORWARD                                $756.00

| | | | |
|---|---|---|---|
| Client No.: 005917 | Matter No.: 00001 | Bill 223369 | Page 2 |

| | | |
|---|---|---|
| PAYMENTS APPLIED THROUGH | 04/30/2015 | ($288.00) |
| **TOTAL AMOUNT NOW DUE** | | **$968.00** |

*PAYMENT IS DUE UPON RECEIPT*