# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Sheryl L. Loesch                                                 Keshia M. Jones
Clerk                                                    Tampa Division Manager

**DATE:** December 17, 2015

**TO:**    Clerk, U.S. Court of Appeals for the Eleventh Circuit

SHERRIE HAMPTON-MUHAMED,
        Plaintiff,

v.                                          Case No: 8:15-cv-608-T-27TGW

JAMES B. NUTTER & COMPANY, BRUCE HUEY, AL
PITZNER, RONALD R. WOLFE & ASSOCIATES, P.L.,
ANDREA D. PIDALA, JOHN DOES 1-20, JAMES B.
NUTTER, JR. , KEITH WARD, RONALD R. WOLFE,
VICTORIA S. JONES, FRANCES HANNON, BRIAN R.
HUMMEL, LUIS F. UGAZ, JULIE ANTHOUSIS,
SABRINA MORAVECKY, KATHERINE E. TILKA,
ROBERT SCHNEIDER, JOHN J. PHILLIPS, MATTHEW
MARKS, RHONDA K. LEWIS, MATTHEW WOLFE,
IVAN IVANOV and AMANDA CROTEAU,
        Defendants.

**U.S.C.A. Case No.:**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please
acknowledge receipt on the enclosed copy of this letter.

• Honorable James D. Whittemore, United States District Judge appealed.

• Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk
all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If
you are filing in forma pauperis, a request for leave to appeal in forma pauperis needs to be filed with
the district court.

• Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed.  Opinion was not
entered orally.

• No hearing from which a transcript could be made.

SHERYL L. LOESCH, CLERK

By:    s/D.G., Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Sherrie Hampton-Muhamed,      )
     Plaintiff,      )   Case No.: 8-15-cv-00608-T27TGW
            )
   vs.      )
            )
            )
James B Nutter & Company, et al      )   **NOTICE OF APPEAL**
Ronald R. Wolfe & Assocs., et al      )
    John Does 1-20,      )
            )
     Defendants,      )
            )

     Notice is hereby given that Sherrie Hampton-Muhamed, Plaintiff, in the above named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final Order for **Motion to Dismiss with Prejudice Plaintiff's Amended Complaint** from the Middle District of Florida received on November 23, 2015. This order was entered on November 18, 2015.

Respectfully submitted December 16, 2015

                              /s/Sherrie Hampton-Muhamed
                              Sherrie Hampton-Muhamed
                              4329 Donerail Dr.
                              Snellville, GA 30039
                              Phone: 404-786-6291

cmrsinc@comcast.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I hereby certify that I have this day caused a copy of the foregoing NOTICE to be e-filed in this matter to the following:

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**
ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

U. S. District Court
Middle District of Florida Tampa Division
Office of the Clerk
Suite M, Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

**SUZANNE BARTO HILL, ESQUIRE**
Florida Bar No. 0846694
E-Mail: shill@rumberger.com
**KEVIN R. GOWEN, II, ESQUIRE**
Florida Bar No. 0900621
E-Mail: kgowen@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
Attorneys for Nutter & RRW Defendants

/s/Sherrie Hampton-Muhamed

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
(404) 786-6291
cmrsinc@comcast.net

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEAL - 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

       Plaintiff,

v.                                  Case No: 8:15-cv-608-T-27TGW

JAMES B. NUTTER & COMPANY, et al.,

       Defendants.

_____/

**ORDER**

**BEFORE THE COURT** are The RRW Defendants' Motion to Dismiss Amended Complaint (Dkt. 48) and James B. Nutter & Company's Motion to Dismiss Amended Complaint (Dkt. 50). Plaintiff did not respond and the time in which to do so has passed.[1] Accordingly, the Motions are deemed unopposed. Upon consideration, the motions are GRANTED.[2]

**I.    BACKGROUND**

Plaintiff originally filed this action in the District Court for the Northern District of Georgia. In her Amended Complaint, Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15

---

[1] On June 11, 2015, Plaintiff was directed to respond to the motions within fourteen days and was advised that failure to do so would result in the motions being treated as unopposed. (Dkt. 64). Plaintiff did not respond within that time frame. Plaintiff requested that the Order be vacated. (Dkt. 65). That motion was denied and she was again directed to respond to the motions to dismiss by June 25, 2015. (Dkt. 67). She did not. On August 11, 2015, Plaintiff requested an extension of time to respond, which the Magistrate Judge denied, finding that her motion lacked merit. (Dkt. 73, 76). Her last filing, a "Notice to the Court of Illegal Acts and Submission for Record," does not address the motions. In that filing, Plaintiff contends the transfer to the Middle District of Florida was illegal, she purchased contracts with the U.S. District Court of Northern Georgia, Atlanta Division and the 11th Circuit Court of Appeals and that the courts are violating the law. (Dkt. 78).

[2] Plaintiff's Amended Complaint is 81 pages, contains 298 paragraphs, is a shotgun pleading, and attaches 22 exhibits. Ordinarily, such a complaint would be stricken and repleader ordered. *See Paylor v. Hartford Fire Ins. Co.*, 748 F.3d 1117, 1125 (11th Cir. 2014). However, this case was not before this Court until March 2015, over a year after it was filed and many of the claims were dismissed by the previous court. Given that Defendants' motions are dispositive of the remaining claims, the Court finds it unnecessary and a waste of resources to order repleader at this point.

U.S.C. § 1692, *et seq.* ("FDCPA") arising out of Defendants' efforts to foreclose on property formerly owned by Plaintiff's brother in Sarasota County, Florida. (Dkt. 3).

In her Verified Amended Complaint, Plaintiff alleges: In November 2003, Plaintiff's brother obtained a $104,948 loan from Defendant James B. Nutter & Company. (Dkt. 3, Ex. E). Plaintiff's brother passed away on September 8, 2008, and a quit claim deed was filed on November 26, 2008, by the Clerk of Circuit Court in Sarasota, Florida, transferring all property rights to Plaintiff and her brother. (*Id.* ¶ 19). Plaintiff subsequently became executor of her brother's estate on February 4, 2009, and probate was finalized on March 3, 2010. (Dkt. 3 ¶¶ 20, 23).

Plaintiff alleges that she made two mortgage payments, but that she never assumed her brother's Promissory Note or Mortgage. (*Id.* ¶¶ 33, 37). On October 4, 2012, Plaintiff received a letter, dated October 2, 2012, from Nutter & Company, signed by the "Foreclosure Department," advising that "her file" was being turned over to Ronald R. Wolfe & Associates, PL ("RRW") to commence foreclosure proceedings ("Nutter & Company letter"). (*Id.* ¶ 43, Ex. B). On October 10, 2012, Plaintiff received a letter from RRW, dated October 4, 2012, advising her that it represented Nutter & Company with regards to the Note and Mortgage "executed by Sherrie Hampton Muhamed on ____ (sic)" ("RRW letter"). (*Id.* ¶ 46, Ex. C). The letter further advised that the $93,953.02 owed was being accelerated and that RRW was in the process of filing a complaint to foreclose. (*Id.*). On October 29, 2012, RRW, on behalf of Nutter & Company, filed a complaint for foreclosure against Plaintiff and others claiming an interest in the property in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida. (*Id.*, Ex. G). RRW filed an amended complaint for foreclosure on September 25, 2013. (*Id.*, Ex. Q).

Plaintiff alleges numerous claims against RRW and sixteen attorneys from the firm

(collectively "the RRW Defendants") for violations of the FDCPA arising out of their initiation and prosecution of the foreclosure action. (*Id.* ¶¶ 13, 196-200, 211-13, 223-27, 235-41, 252, 266-67, 273, Exs. Q, R). Plaintiff also includes FDCPA claims against Nutter & Company, James B. Nutter, Jr., the owner and Chief Executive Officer, Keith Ward, the Chief Financial Officer, and Vice Presidents Bruce Huey and Al Pitzner (collectively "the Nutter Defendants"), arising out of Nutter & Company's initiation of foreclosure proceedings and the events leading up to the initiation of those proceedings, and its hiring of Safeguard Properties to manage the property on behalf of Nutter & Company.[3] (*Id.* ¶¶ 196-200, 206, 213, 223-225, 230-31, 235-40, 246-53, 264-70, 273, 280).

The Nutter Defendants and the RRW Defendants separately moved to dismiss the Amended Complaint for failure to state a claim. The individual Nutter and individual RRW Defendants also moved for dismissal for lack of personal jurisdiction over them. In the alternative, all of the Defendants requested a transfer of the case to the Middle District of Florida.

The Georgia district court found it lacked personal jurisdiction over all of the individual Defendants (Dkt. 42 (order adopting the Magistrate Judge's Report and Recommendation, Dkt. 37)). The court dismissed the claims against the individual Nutter Defendants without prejudice and denied the individual RRW Defendants' motion to dismiss without prejudice with leave to refile in the Middle District of Florida.

That court addressed the merits of Nutter & Company's motion to dismiss and found that Nutter & Company's actions in foreclosing on the property in Florida did not constitute debt collection activity because the foreclosure complaint does not contain a cause of action to obtain a

---

[3] Plaintiff appears to contend that Safeguard trespassed and vandalized the property, and stole items from inside it. (Dkt. 3. ¶¶ 208-09, 218-220, 258-59).

money judgment from Plaintiff.[4] As such, the court dismissed Plaintiff's claims stemming from Nutter & Company's prosecution of the foreclosure proceeding for failure to state a claim upon which relief can be granted. However, the court found that Plaintiff's allegations regarding the October 4, 2012 letter sufficiently alleged debt collection activity. Accordingly, the Nutter Defendants' motion to dismiss was denied as to Plaintiff's claims against Nutter & Company stemming from RRW's October 4, 2012 letter.[5]

That court transferred what remained of the case to the Middle District of Florida: Plaintiff's FDCPA claims against Nutter & Company arising out of the October 4, 2012 RRW letter and Plaintiff's FDCPA claims against the RRW Defendants. (Dkt. 42). Nutter & Company and the RRW Defendants have refiled their motions to dismiss.

## II. STANDARD

Rule 8(a)(2) of the Federal Rules of Civil Procedure requires a plaintiff to provide a short and plain statement of her claim sufficient to demonstrate an entitlement to relief and to give fair notice of the grounds on which the claim rests. Fed. R. Civ. P. 8(a)(2); *Bell Atl. Corp. v.*, 550 U.S. 544, 555 (2007). A plaintiff must allege "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Twombly*, 550 U.S. at 555. All of the factual allegations in a complaint must be accepted as true for the purposes of a motion to dismiss, but this tenet is "inapplicable to legal conclusions." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). "While legal

---

[4] The court held that foreclosing on a security interest is generally not debt collection activity. (Dkt. 37 at 18).

[5] Plaintiff also alleged that the Nutter Defendants violated the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601, *et seq.* ("RESPA") because they did not timely or completely respond to her qualified written requests, and they did not provide her with information she requested. The Georgia district court found that Plaintiff had no cause of action under RESPA because she is not a borrower with respect to her brother's loan and dismissed her RESPA claims.

conclusions can provide the framework of a complaint, they must be supported by factual allegations." *Id.* at 679. All reasonable inferences must be drawn in the plaintiff's favor. *St. George v. Pinellas Cnty.*, 285 F.3d 1334, 1337 (11th Cir. 2002).

## III.  DISCUSSION

Defendants make a number of arguments as to why Plaintiff's claims should be dismissed.[6] However, whether Plaintiff's remaining claims survive can be narrowed down to one issue: whether her FDCPA claims arising out of the October 4, 2012 RRW letter are time-barred.

To state a FDCPA claim, Plaintiff must allege, among other things, that (1) the defendant is a debt collector, and (2) the challenged conduct is related to debt collection. *Reese v. Ellis, Painter, Ratterree & Adams*, 678 F.3d 1211, 1216, 1218 (11th Cir. 2012). As the Georgia district court held, foreclosing on a security interest, such as foreclosing on a mortgage of real property, without more, is not debt collection activity within the meaning of the FDCPA. *See Dunavant v. Sirote & Permutt, P.C.*, 603 Fed. App'x 737, 739-40 (11th Cir. 2015); *Hasbun v. Recontrust Co.*, 508 Fed. App'x 941, 942 (11th Cir. 2013); *Warren v. Countrywide Home Loans, Inc.*, 342 Fed. App'x 458, 460 (11th Cir. 2009). This ruling is not clearly erroneous and will not be revisited. *See Jenkins Brick Co. v. Bremer*, 321 F.3d 1366, 1370-71 (11th Cir. 2003) ("[I]n a close case, a court must defer to the legal conclusion of a coordinate court in the same case; only when the legal error is beyond the scope of reasonable debate should the court disregard the prior ruling."). Accordingly, Plaintiff's FDCPA claims arising solely from the foreclosure proceedings fail and are dismissed.

The Georgia district court also held that "[w]hen a letter by a debt collector intends not only

---

[6] Rather than focusing on the portion of Plaintiff's FDCPA claims that survived its first motion to dismiss, Nutter & Company filed a twenty-six page motion, most of which repeated its arguments with respect to Plaintiff's FDCPA claims arising out of the foreclosure proceedings, including six and a half pages of abstention and preclusion arguments.

to announce an impending foreclosure but also attempts to collect the amount owed under a promissory note, the letter could be attempting to collect a debt." (Dkt. 37 at 19) (citing *Reese v. Ellis, Painter, Ratterree & Adams, LLP*, 678 F.3d 1211, 1217 (11th Cir. 2012) and *Birster v. Am. Home Mortgage Servicing, Inc.*, 481 Fed. App'x 579, 583 (11th Cir. 2012)). As such, the court concluded that the October 4, 2012 RRW letter could constitute debt collection activity. (Dkt. 37 at 20-21 (citing *Caceres v. McCalla Raymer, LLC*, 755 F.3d 1299, 1303 & n.2 (11th Cir. 2014)). These rulings are also not clearly erroneous and will not be revisited.[7]

Defendants contend that any claims premised on the October 4, 2012 RRW letter are barred by the FDCPA's one-year statute of limitations. A FDCPA claim must be brought "within one year from the date on which the violation occurs." 15 U.S.C. § 1692k(d); *see also Maloy v. Phillips*, 64 F.3d 607, 608 (11th Cir. 1995) (FDCPA claim accrues the day after a collection letter is mailed). The RRW letter is dated October 4, 2012. Pursuant to *Maloy*, claims premised on this letter accrued on October 5, 2012. Plaintiff therefore had until October 5, 2013 to file her claims. She did not file this lawsuit until November 5, 2013. It is therefore apparent from the face of the Verified Amended Complaint that Plaintiff's claims arising from this letter are time-barred.[8]

### Conclusion

Accordingly, The RRW Defendants' Motion to Dismiss Amended Complaint (Dkt. 48) and James B. Nutter & Company's Motion to Dismiss Amended Complaint (Dkt. 50) are **GRANTED**.

---

[7] Although at least one district court has concluded that a nearly identical letter was not an attempt to collect a debt, *see Diaz v. Florida Default Law Grp.*, P.L., No. 3:09-CV-524-J-32MCR, 2011 WL 2456049, at *3 (M.D. Fla. Jan. 3, 2011), this at best makes it a "close case" in which deference should be given to the legal conclusion of the coordinate court. *See Bremer*, 321 F.3d at 1370-71.

[8] Using the date Plaintiff received this letter, October 10, 2012, does not save these claims. To the extent any of Plaintiff's FDCPA claims are based on the October 2, 2012 Nutter letter, they are also time-barred.

Plaintiff's Amended Complaint is **DISMISSED** *with prejudice.* The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this _17__ day of November, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record
          pro se plaintiff

APPEAL, CLOSED

# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:15-cv-00608-JDW-TGW
## Internal Use Only

Hampton-Muhamed v. James B. Nutter & Co. et al
Assigned to: Judge James D. Whittemore
Referred to: Magistrate Judge Thomas G. Wilson
Case in other court: 11th Circuit, 15-11485-B
                            Georgia Northern, 1:13-cv-
                            03659
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 03/19/2015
Date Terminated: 11/17/2015
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer
Credit
Jurisdiction: Federal Question

**Plaintiff**

**Sherrie Hampton-Muhamed**      represented by    **Sherrie Hampton-Muhamed**
4329 Donerail Dr
Snellville, GA 30039
404-786-6291
Fax: 770-978-0207
Email: cmrsinc@comcast.net
PRO SE

V.

**Defendant**

**James B. Nutter & Company**      represented by    **Suzanne Barto Hill**
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave - Ste 1400
PO Box 1873
Orlando, FL 32802-1873
407/872-7300
Fax: 407/841-2133
Email: shill@rumberger.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ann R. Schildhammer**
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center

3343 Peachtree Rd NE
Atlanta, GA 30326-1429
404/233-7000
Email:
aschildhammer@taylorenglish.com

*TERMINATED: 04/07/2015*
*ATTORNEY TO BE NOTICED*

**Kevin Richard Gowen , II**
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave - Ste 1400
PO Box 1873
Orlando, FL 32802-1873
407/872-7300
Email: kgowen@rumberger.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Huey**
*VP*

represented by **Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ann R. Schildhammer**
(See above for address)
*TERMINATED: 04/07/2015*
*ATTORNEY TO BE NOTICED*

**Kevin Richard Gowen , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Pitzner**
*VP Compliance*

represented by **Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ann R. Schildhammer**
(See above for address)
*TERMINATED: 04/07/2015*
*ATTORNEY TO BE NOTICED*

Kevin Richard Gowen , II
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald R. Wolfe & Associates,**
**P.L.**

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
Parker, Hudson, Rainer & Dobbs,
LLP
1500 Marquis Two Tower
285 Peachtree Center Ave NE
Atlanta, GA 30303
404-420-4338
Fax: 404-522-8409
Email: szweigel@phrd.com
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andrea D. Pidala**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1-20**                    represented by  **Kevin Richard Gowen , II**
                                      Rumberger, Kirk & Caldwell, PA
                                      300 S Orange Ave Ste 1400
                                      PO Box 11873
                                      Orlando, FL 32802-1873
                                      407/872-7300
                                      Email: kgowen@rumberger.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**James B. Nutter, Jr.**              represented by  **Suzanne Barto Hill**
*CEO*                                 (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Ann R. Schildhammer**
                                      (See above for address)
                                      *TERMINATED: 04/07/2015*
                                      *ATTORNEY TO BE NOTICED*

                                      **Kevin Richard Gowen , II**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Keith Ward**                        represented by  **Suzanne Barto Hill**
*CFO*                                 (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Ann R. Schildhammer**
                                      (See above for address)
                                      *TERMINATED: 04/07/2015*
                                      *ATTORNEY TO BE NOTICED*

                                      **Kevin Richard Gowen , II**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald R. Wolfe**                    represented by    **Kevin Richard Gowen , II**
*Esquire*                                                (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Suzanne Barto Hill**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Scott Eric Zweigel**
                                                         (See above for address)
                                                         *TERMINATED: 04/07/2015*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Victoria S. Jones**                  represented by    **Kevin Richard Gowen , II**
*Esquire*                                                (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Suzanne Barto Hill**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Scott Eric Zweigel**
                                                         (See above for address)
                                                         *TERMINATED: 04/07/2015*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Frances Hannon**                     represented by    **Kevin Richard Gowen , II**
*Esquire*                                                (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Suzanne Barto Hill**
                                                         (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian R. Hummel**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Luis F. Ugaz**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Attorney Julie Anthousis**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sabrina Moravecky**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Katherine E. Tilka**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Schneider**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John J. Phillips**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Marks**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Rhonda K. Lewis**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Eric Zweigel**
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Matthew Wolfe**
*Esquire*

represented by **Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Scott Eric Zweigel
(See above for address)
*TERMINATED: 04/07/2015*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ivan Ivanov**                                 represented by    **Kevin Richard Gowen , II**
*Esquire*                                                          (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Suzanne Barto Hill**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Scott Eric Zweigel**
                                                                  (See above for address)
                                                                  *TERMINATED: 04/07/2015*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Amanda Croteau**                              represented by    **Kevin Richard Gowen , II**
*Esquire*                                                          (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Suzanne Barto Hill**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Scott Eric Zweigel**
                                                                  (See above for address)
                                                                  *TERMINATED: 04/07/2015*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 11/05/2013 | 1 | COMPLAINT with Jury Demand, filed by Sherrie Hampton-Muhamed. ( Filing fee $ 400.00 receipt number 60146.) (Attachments: # 1 Exhibit A - K, # 2 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. [Transferred from gand on 3/19/2015.] (Entered: 11/06/2013) |
|---|---|---|
| 02/28/2014 | 2 | MOTION for Extension of Time to Serve the Defendants with a summons and complaint by Sherrie Hampton-Muhamed. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/04/2014) |
| 03/18/2014 |  | Submission of 2 MOTION for Extension of Time to Serve the Defendants with a summons and complaint, submitted to Magistrate Judge Linda T. Walker. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/18/2014) |
| 05/06/2014 | 🔒 3 | AMENDED COMPLAINT against All Defendants with Jury Demand, filed by Sherrie Hampton-Muhamed. (Attachments: # 1 Amended Complaint, # 2 Amended Complaint, # 3 Amended Complaint, # 4 Amended Complaint, # 5 Exhibits, # 6 Exhibits, # 7 Exhibits, # 8 Exhibits, # 9 Exhibits, # 10 Exhibits, # 11 Exhibits)(tcc) Please visit our website at http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Additional attachment(s) added on 6/23/2014: # 12 Exhibit 10 - Correct PDF) (tcc). [Transferred from gand on 3/19/2015.] (Entered: 05/15/2014) |
| 05/16/2014 | 4 | ORDER granting 2 Motion for Extension of Time through and including July 3, 2014 for Plaintiff to serve all Defendants. Signed by Magistrate Judge Linda T. Walker on 5/16/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 05/19/2014) |
| 05/19/2014 |  | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 4 Order on Motion for Extension of Time (tcc) [Transferred from gand on 3/19/2015.] (Entered: 05/19/2014) |
| 06/25/2014 | 5 | Summons Issued as to Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. |

| | | Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 06/26/2014) |
|---|---|---|
| 06/25/2014 | 6 | WAIVER OF SERVICE Returned Executed by Sherrie Hampton-Muhamed. Bruce Huey waiver mailed on 6/20/2014, answer due 8/19/2014; James B. Nutter & Co. waiver mailed on 6/20/2014, answer due 8/19/2014; James B. Nutter, Jr waiver mailed on 6/20/2014, answer due 8/19/2014; Al Pitzner waiver mailed on 6/20/2014, answer due 8/19/2014; Keith Ward waiver mailed on 6/20/2014, answer due 8/19/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 06/26/2014) |
| 07/07/2014 | 7 | Return of Service Executed by Sherrie Hampton-Muhamed. Julie Anthousis, Amanda Croteau, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe served on 7/1/2014, answers due 7/22/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 07/08/2014) |
| 07/22/2014 | 8 | Unopposed MOTION for Extension of Time to File Answer re 3 Amended Complaint,, by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Attachments: # 1 Text of Proposed Order)(Zweigel, Scott) [Transferred from gand on 3/19/2015.] (Entered: 07/22/2014) |
| 07/24/2014 | 9 | NOTICE of Appearance by Ann Reinhard Schildhammer on behalf of Bruce Huey, James B. Nutter & Co., James B. Nutter, Jr, Al Pitzner, Keith Ward (Schildhammer, Ann) [Transferred from gand on 3/19/2015.] (Entered: 07/24/2014) |
| 07/24/2014 | 10 | ORDER granting 8 Motion for Extension of Time until August 19, 2014 for the RRW Defendants to answer, object, plead, move or otherwise respond to the 3 Amended Complaint. Signed by Magistrate Judge Linda T. Walker on 7/24/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 07/25/2014) |
| 07/25/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton- |

| | | Muhamed re 10 Order on Motion for Extension of Time to Answer. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 07/25/2014) |
|---|---|---|
| 07/28/2014 | 11 | Unopposed MOTION for Extension of Time to Answer, Object, Plead, Move, or Otherwise Respond re: 3 Amended Complaint,, by John J. Phillips. (Attachments: # 1 Text of Proposed Order)(Zweigel, Scott) [Transferred from gand on 3/19/2015.] (Entered: 07/28/2014) |
| 07/28/2014 | 12 | ORDER granting 11 Motion for Extension of Time until August 19, 2014 for John F. Phillips to respond to the 3 Amended Complaint. Signed by Magistrate Judge Linda T. Walker on 7/28/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 07/30/2014) |
| 07/31/2014 | 🔒 13 | APPLICATION for Admission of Suzanne B. Hill Pro Hac Vice (Application fee $ 150, receipt number 113E-5319743) by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Zweigel, Scott) [Transferred from gand on 3/19/2015.] (Entered: 07/31/2014) |
| 07/31/2014 | 🔒 14 | APPLICATION for Admission of Kevin R. Gowen, II Pro Hac Vice (Application fee $ 150, receipt number 113E-5319746)by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Zweigel, Scott) [Transferred from gand on 3/19/2015.] (Entered: 07/31/2014) |
| 08/05/2014 | | APPROVAL by Clerks Office re: 13 APPLICATION for Admission of Suzanne B. Hill Pro Hac Vice (Application fee $ 150, receipt number 113E-5319743). Attorney Suzanne B. Hill added appearing on behalf of Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe (pb) |

| | | [Transferred from gand on 3/19/2015.] (Entered: 08/05/2014) |
|---|---|---|
| 08/05/2014 | | APPROVAL by Clerks Office re: 14 APPLICATION for Admission of Kevin R. Gowen, II Pro Hac Vice (Application fee $ 150, receipt number 113E-5319746). Attorney Kevin R. Gowen, II added appearing on behalf of Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe (pb) [Transferred from gand on 3/19/2015.] (Entered: 08/05/2014) |
| 08/11/2014 | 🔒 15 | ORDER granting 14 Application for Admission of Kevin R. Gowen, II Pro Hac Vice Pro Hac Vice. Signed by Judge Clarence Cooper on 8/11/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 08/11/2014) |
| 08/11/2014 | 🔒 16 | ORDER granting 13 Application for Admission of Suzanne B. Hill Pro Hac Vice. Signed by Judge Clarence Cooper on 8/11/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 08/11/2014) |
| 08/19/2014 | 17 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, or MOTION to Dismiss for Lack of Personal Jurisdiction, or Alternatively, MOTION to Transfer to Venue to the Middle Distrcit of Florida by Bruce Huey, James B. Nutter & Co., James B. Nutter, Jr, Al Pitzner, Keith Ward. (Schildhammer, Ann). Added MOTION to Transfer Case on 8/21/2014 (tcc). Added MOTION to Dismiss on 10/31/2014 (tcc). [Transferred from gand on 3/19/2015.] (Entered: 08/19/2014) |
| 08/19/2014 | 18 | MOTION to Dismiss Amended Complaint for Lack of Personal Jurisdiction, or MOTION to Transfer Venue to MD FL, or MOTION to Dismiss for Failure to State a Claim with Brief In Support by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Attachments: # 1 Exhibit A - Affidavit of Damon Ellis, # 2 Exhibit B - Affidavit of Ronald R. Wolfe, # 3 Exhibit C - |

| | | |
|---|---|---|
| | | Affidavit of Julie Anthousis, # 4 Exhibit D - Affidavit of Francis E. Hannon, # 5 Exhibit E - Afidavit of Brian R. Hummel, # 6 Exhibit F - Affidavit of Ivan D, Ivanov, # 7 Exhibit G - Affidavit of Victoria S. Jones, # 8 Exhibit H - Affidavit of Rhonda K. Lewis, # 9 Exhibit I - Affidavit of Matthew Marks, # 10 Exhibit J - Affidavit of Sabrina M. Morevecky, # 11 Exhibit K - Affidavit of Robert Schneider, # 12 Exhibit L - Affidavit of Katherine E. Tilka, # 13 Exhibit M - Affidavit of Luis F. Ugaz, # 14 Exhibit N - Affidavit of Matthew D. Wolf, # 15 Exhibit O - Affidavit of Amanda Croteau, # 16 Exhibit P - Affidavit of Andrea D. Pidala, # 17 Exhibit Q - Affidavit of John F. Phillips)(Hill, Suzanne) . Added MOTION to Transfer Case, MOTION to Dismiss on 10/31/2014 (tcc). [Transferred from gand on 3/19/2015.] (Entered: 08/19/2014) |
| 08/22/2014 | 19 | Certificate of Interested Persons by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Gowen, Kevin) [Transferred from gand on 3/19/2015.] (Entered: 08/22/2014) |
| 08/26/2014 | 20 | Corporate Disclosure Statement by Bruce Huey, James B. Nutter & Co., James B. Nutter, Jr, Al Pitzner, Keith Ward by Bruce Huey, James B. Nutter & Co., James B. Nutter, Jr, Al Pitzner, Keith Ward.(Schildhammer, Ann) [Transferred from gand on 3/19/2015.] (Entered: 08/26/2014) |
| 08/29/2014 | 21 | Joint MOTION to Stay *Certain Pretrial Deadlines and Incorporated Memorandum of Law* with Brief In Support by Sherrie Hampton-Muhamed, Ronald R. Wolfe & Associates, P.L., Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea D. Pidala, Brian Hummel, Sabrina Moravecky, Frances Hannon, John Phillips, Luis F. Ugaz, James B. Nutter & Co., Bruce Huey, Al Pitzner, James B. Nutter, Jr., and Keith Ward. (Attachments: # 1 Text of Proposed Order) (Zweigel, Scott) Modified on 8/29/2014 to add filers. (jtj) [Transferred from gand on 3/19/2015.] (Entered: 08/29/2014) |
| 09/05/2014 | 22 | UNOPPOSED MOTION for Extension of Time to Respond |

| | | |
|---|---|---|
| | | to Defendants Ronald R. Wolfe & Assocs, P.L. and James B. Nutter & Co., et al re: <u>17</u> Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and <u>18</u> MOTION to Dismiss by Sherrie Hampton-Muhamed. (Attachments: # <u>1</u> Text of Proposed Order)(bdb) [Transferred from gand on 3/19/2015.] (Entered: 09/08/2014) |
| 09/05/2014 | <u>23</u> | NOTICE Of Filing Change in Plaintiff's Phone Number and Extra Documents in Amended Complaint by Sherrie Hampton-Muhamed. (bdb) [Transferred from gand on 3/19/2015.] (Entered: 09/08/2014) |
| 09/15/2014 | <u>24</u> | CONSENT ORDER GRANTING <u>21</u> Joint Motion to Stay Certain Pretrial Deadlines. Signed by Magistrate Judge Linda T. Walker on 9/15/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 09/15/2014) |
| 09/15/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re <u>24</u> Order on Motion to Stay Certain Pretrial Deadlines. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 09/15/2014) |
| 09/15/2014 | <u>25</u> | ORDER GRANTING the <u>22</u> Unopposed Motion for Extension of Time. It is hereby ORDERED that the time within which the above-named Plaintiff may respond to is extended from September 5, 2014 to October 5, 2014. Signed by Magistrate Judge Linda T. Walker on 9/15/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 09/15/2014) |
| 10/07/2014 | | Submission of <u>17</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction, or Alternatively, to Transfer to Venue to the Middle Distrci MOTION to Transfer Case, <u>18</u> MOTION to Dismiss , submitted to Magistrate Judge Linda T. Walker. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/07/2014)* |
| 10/07/2014 | <u>26</u> | RESPONSE in Opposition re <u>17</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction, or Alternatively, to Transfer to Venue to the Middle Distrci MOTION to Transfer Case filed by Sherrie Hampton-Muhamed. (tcc) [Transferred from gand on 3/19/2015.]* |

| | | (Entered: 10/07/2014) |
|---|---|---|
| 10/07/2014 | 27 | RESPONSE in Opposition re 18 MOTION to Dismiss filed by Sherrie Hampton-Muhamed. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/07/2014) |
| 10/23/2014 | 28 | MOTION for Leave to File Amended Opposition to Defendants' 18 Motion to Dismiss by Sherrie Hampton-Muhamed. (Attachments: # 1 Amended Opposition to Defendants' Motions to Dismiss)(dfb) (Additional attachment(s) added on 10/31/2014: # 2 Affidavit in Rebuttal (Ellis), # 3 Affidavit in Rebuttal (R. Wolfe), # 4 Affidavit in Rebuttal (Anthousis), # 5 Affidavit in Rebuttal (Hannon), # 6 Affidavit in Rebuttal (Hummel), # 7 Affidavit in Rebuttal (Ivanov), # 8 Affidavit in Rebuttal (Jones), # 9 Affidavit in Rebuttal (Lewis), # 10 Affidavit in Rebuttal (Marks), # 11 Affidavit in Rebuttal (Moravecky), # 12 Affidavit in Rebuttal (Schneider), # 13 Affidavit in Rebuttal (Tilka), # 14 Affidavit in Rebuttal (Ugaz), # 15 Affidavit in Rebuttal (M. Wolf), # 16 Affidavit in Rebuttal (Croteau), # 17 Affidavit in Rebuttal (Pidala), # 18 Affidavit in Rebuttal (Phillips), # 19 Text of Proposed Order) (tcc). [Transferred from gand on 3/19/2015.] (Entered: 10/23/2014) |
| 10/23/2014 | 29 | AFFIDAVIT of Fact filed by Sherrie Hampton-Muhamed. (dfb) [Transferred from gand on 3/19/2015.] (Entered: 10/23/2014) |
| 10/23/2014 | 30 | Unopposed MOTION for Extension of Time To FIle Reply Brief re: 28 MOTION for Leave to File Amended Opposition to Defendants' Motions to Dismiss by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Attachments: # 1 Text of Proposed Order)(Gowen, Kevin) [Transferred from gand on 3/19/2015.] (Entered: 10/23/2014) |
| 10/27/2014 | 31 | Unopposed MOTION for Extension of Time To File Reply Brief re: 28 MOTION for Leave to File Amended Opposition to Defendants' Motions to Dismiss by Bruce Huey, James B. Nutter & Co., James B. Nutter, Jr, Al Pitzner, Keith Ward. (Attachments: # 1 Text of Proposed Order)(Schildhammer, |

| | | Ann) [Transferred from gand on 3/19/2015.] (Entered: 10/27/2014) |
|---|---|---|
| 10/29/2014 | 32 | ORDER granting 31 Motion for Extension of Time. The time within which the Nutter Defendants may file a Reply Brief is extended to either: (i) fourteen (14) days after a decision on Plaintiff's motion for leave to amend, if said motion is granted, or (ii) seven (7) days after a decision on Plaintiff's motion for leave to amend, if said motion is denied. Signed by Magistrate Judge Linda T. Walker on 10/28/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/29/2014) |
| 10/29/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 32 Order on Motion for Extension of Time. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/29/2014) |
| 10/30/2014 | 33 | PRO SE MOTION for Leave to File Amended Response to Defendant's 17 Motion to Dismiss by Sherrie Hampton-Muhamed. (Attachments: # 1 Amended Reponse)(tcc) (Additional attachment(s) added on 10/31/2014: # 2 Affidavit, # 3 Text of Proposed Order) (tcc). [Transferred from gand on 3/19/2015.] (Entered: 10/31/2014) |
| 10/31/2014 | 34 | ORDER granting 33 Pro Se Motion for Leave to File Amended Response to Defendant's 17 Motion to Dismiss. Signed by Magistrate Judge Linda T. Walker on 10/31/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/31/2014) |
| 10/31/2014 | 35 | ORDER granting 30 Motion for Extension of Time. It is hereby ORDERED that the time within which the RRW Defendants may file a reply brief to either (1) fourteen days after a decision on Plaintiff's motion for leave to amend, if said motion is granted, or (2) seven (7) days after a decision on Plaintiff's motion for leave to amend, if said motion is denied. Signed by Magistrate Judge Linda T. Walker on 10/31/2014. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/31/2014) |
| 10/31/2014 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 35 Order on Motion for Extension of Time, 34 Order on Motion for Leave to File. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 10/31/2014) |
| 11/14/2014 | 36 | REPLY to Response to Motion re 28 MOTION for Leave to File Amended Opposition to Defendants' Motions to Dismiss, |

| | | |
|---|---|---|
| | | <u>33</u> MOTION for Leave to File Amended Response to Defendant's Motion to Dismiss filed by Julie Anthousis, Amanda Croteau, Frances Hannon, Bruce Huey, Brian R. Hummel, Ivan Ivanov, James B. Nutter & Co., John Does 1-20, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, James B. Nutter, Jr, John J. Phillips, Andrea D. Pidala, Al Pitzner, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Keith Ward, Matthew Wolfe, Ronald R. Wolfe. (Attachments: # <u>1</u> Exhibit A)(Gowen, Kevin) [Transferred from gand on 3/19/2015.] (Entered: 11/14/2014) |
| 02/20/2015 | <u>37</u> | FINAL REPORT AND RECOMMENDATION RECOMMENDING that the RRW Defendants' Alternative Motion to Transfer Venue to the Middle District for Florida be GRANTED. Docket Entry <u>18</u> . Defendants James B. Nutter & Company, James B.Nutter, Jr., Keith Ward, Bruce Huey, and Al Pitzner's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction should be GRANTED IN PART AND DENIED IN PART. Docket Entry <u>17</u> . The remaining relief requested within the RRW Defendants' Motion to Dismiss should be DENIED WITHOUT PREJUDICE with leave to refile in the Middle District of Florida. Docket Entry <u>17</u> . As this is a final Report and Recommendation and there are no other matters pending before this Court, the Clerk is directed to terminate the reference to the undersigned. Signed by Magistrate Judge Linda T. Walker on 2/20/2015. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 02/20/2015) |
| 02/20/2015 | | (contained w/in <u>37</u> R&R) ORDER that Plaintiff's Unopposed Motion for Leave to Amend Plaintiff's Response to Defendants' Motion to Dismiss is GRANTED. Docket Entry <u>28</u> . Signed by Magistrate Judge Linda T. Walker on 2/20/2015. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 02/20/2015) |
| 02/20/2015 | <u>38</u> | ORDER for Service of <u>37</u> Final Report and Recommendation, by Magistrate Judge Linda T. Walker. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge Linda T. Walker on 2/20/2015. (tcc) [Transferred from gand on |

| | | |
|---|---|---|
| | | 3/19/2015.] (Entered: 02/20/2015) |
| 02/20/2015 | | Clerks Certificate of Mailing as to Sherrie Hampton-Muhamed re 37 FINAL REPORT AND RECOMMENDATION, 38 Order for Service of Report and Recommendation. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 02/20/2015) |
| 03/10/2015 | 39 | MOTION to Strike 37 FINAL REPORT AND RECOMMENDATION, 38 Order for Service of Report and Recommendation, with Brief In Support by Sherrie Hampton-Muhamed. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/13/2015) |
| 03/13/2015 | 40 | NOTICE Of Filing Verification by Sherrie Hampton-Muhamed re 39 MOTION to Strike 37 FINAL REPORT AND RECOMMENDATION. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/13/2015) |
| 03/13/2015 | 41 | NOTICE Of Filing Proposed Order by Sherrie Hampton-Muhamed re 39 MOTION to Strike 37 FINAL REPORT AND RECOMMENDATION. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/13/2015) |
| 03/17/2015 | | Submission of 37 FINAL REPORT AND RECOMMENDATION re 17 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction, or Alternatively,, submitted to District Judge Clarence Cooper. (tcc) [Transferred from gand on 3/19/2015.] (Entered: 03/17/2015)* |
| 03/19/2015 | 42 | ORDER denying Plaintiff's 39 Motion to Strike the R&R; **adopting** the 37 Final Report and Recommendation in its entirety as the decision of this Court. The Court **GRANTS** the RRW Defendants' 18 Motion to Transfer Venue to the Middle District of Florida; **GRANTS in part and DENIES in part** Defendants' 17 Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and/or for Lack of Personal Jurisdiction; and **DENIES without prejudice** the remaining relief requested in the RRW Defendants' 18 Motion to Dismiss with leave to refile in the Middle District of Florida. Signed by Judge Clarence Cooper on 3/19/2015. (dfb) [Transferred from gand on 3/19/2015.] |

| | | (Entered: 03/19/2015) |
|---|---|---|
| 03/19/2015 | | Civil Case Terminated. (dfb) [Transferred from gand on 3/19/2015.] (Entered: 03/19/2015) |
| 03/19/2015 | 🔒 43 | Case transferred in from District of Georgia Northern; Case Number 1:13-cv-03659. File received electronically (Entered: 03/19/2015) |
| 03/19/2015 | 44 | NOTICE to counsel of new case number and judge assignment 8:15-cv-608-T-27TGW(signed by deputy clerk). (JNB) (Entered: 03/19/2015) |
| 03/19/2015 | 45 | NOTICE to counsel Ann R. Schildhammer of Local Rule 2.02 (signed by deputy clerk). (JNB) (Entered: 03/19/2015) |
| 03/19/2015 | 46 | NOTICE to counsel Scott Eric Zweigel of Local Rule 2.02 (signed by deputy clerk). (JNB) (Entered: 03/19/2015) |
| 03/19/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 43 Case transferred in - district transfer, 44 Notice to counsel, 46 Notice to counsel of Local Rule, 45 Notice to counsel of Local Rule (JNB) (Entered: 03/19/2015) |
| 03/25/2015 | 47 | NOTICE of designation under Local Rule 3.05 - Track 2 (AO) (Entered: 03/25/2015) |
| 03/25/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 47 Notice of designation of track. (DG) (Entered: 03/25/2015) |
| 04/02/2015 | 48 | MOTION to Dismiss Amended Complaint *and Combined Memorandum of Law* by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Hill, Suzanne) (Entered: 04/02/2015) |
| 04/02/2015 | 49 | NOTICE of Appearance by Kevin Richard Gowen, II on behalf of Bruce Huey, James B. Nutter & Company, James B. Nutter, Jr, Al Pitzner, Keith Ward (Gowen, Kevin) (Entered: 04/02/2015) |
| 04/02/2015 | 50 | MOTION to Dismiss Amended Complaint *and Combined Memorandum of Law* by James B. Nutter & Company |

| | | (Attachments: # 1 Exhibit Exhibit A)(Gowen, Kevin) Modified text to reflect only James B. Nutter & Company as filing party on 4/3/2015 (RFK). (Entered: 04/02/2015) |
|---|---|---|
| 04/03/2015 | 51 | Joint MOTION for Ann R. Schildhammer and Matthew R. Rosenkoff to withdraw as attorney *and Substitution of Counsel, Suzanne Barto Hill and Kevin R. Gowen, II* by Bruce Huey, James B. Nutter & Company, James B. Nutter, Jr, Al Pitzner, Keith Ward. (Gowen, Kevin) (Entered: 04/03/2015) |
| 04/03/2015 | 52 | Joint MOTION for Scott E. Zweigel to withdraw as attorney by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Gowen, Kevin) (Entered: 04/03/2015) |
| 04/06/2015 | 53 | RESPONSE re 42 Order on Motion to Dismiss for Failure to State a ClaimOrder on motion to dismissOrder on motion to transfer case Order Adopting Report and RecommendationsOrder on Motion to Strike by Sherrie Hampton-Muhamed. (Attachments: # 1 Exhibit A, # 2 Mailing Envelope)(DG) (Entered: 04/06/2015) |
| 04/06/2015 | 54 | NOTICE OF INTERLOCUTORY APPEAL as to 42 Order on Motion to Dismiss for Failure to State a Claim Order on motion to dismissOrder on motion to transfer caseOrder Adopting Report and Recommendations Order on Motion to Strike by Sherrie Hampton-Muhamed. Filing fee not paid. (DG) (Entered: 04/07/2015) |
| 04/07/2015 | 55 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, to USCA re 54 Notice of Interlocutory Appeal. (DG) (Entered: 04/07/2015) |
| 04/07/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 55 Transmission of Notice of Appeal, Order/Judgment and Docket Sheet to USCA. (DG) (Entered: 04/07/2015) |
| 04/07/2015 | 56 | **ORDER granting 51 Motion to Withdraw as Counsel. Signed by Judge James D. Whittemore on 4/7/2015. (KE)** |

| | | (Entered: 04/07/2015) |
|---|---|---|
| 04/07/2015 | 57 | **ORDER granting 52 Motion to Withdraw as Attorney. Attorney Scott Eric Zweigel terminated. Signed by Judge James D. Whittemore on 4/7/2015. (KE)** (Entered: 04/07/2015) |
| 04/08/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 57 Order on Motion to Withdraw as Attorney, 56 Order on Motion to Withdraw as Attorney. (DG) (Entered: 04/08/2015) |
| 04/09/2015 | 🔒 | (Court only) ***USCA case number 15-11485-B for 54 Notice of Interlocutory Appeal filed by Sherrie Hampton-Muhamed. (JNB) (Entered: 04/09/2015) |
| 04/29/2015 | 58 | MOTION to Stay Proceedings Pending Completion of Appeal by Sherrie Hampton-Muhamed. (Attachments: # 1 Mailing Envelope)(DG) (Entered: 04/29/2015) |
| 05/04/2015 | 59 | RESPONSE in Opposition re 58 MOTION to stay filed by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, James B. Nutter & Company, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Gowen, Kevin) (Entered: 05/04/2015) |
| 05/06/2015 | 60 | **ORDER denying 58 motion to stay. Signed by Judge James D. Whittemore on 5/5/2015. (KE)** (Entered: 05/06/2015) |
| 05/07/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 60 Order on motion to stay (AG) (Entered: 05/07/2015) |
| 05/21/2015 | 61 | DOCUMENTS re: Notice of Appeal forwarded to USDC, Tampa Division, from the Northern District of Georgia. (DG) (Entered: 05/21/2015) |
| 05/21/2015 | | TRANSMITTAL to USCA forwarding appeal papers that the Northern District of Georgia sent to Tampa Division after the case was electronically transferred to Tampa re 54 Notice of Interlocutory Appeal. USCA number: 15-11485-BB (DG) (Entered: 05/21/2015) |
| | | |

| 06/10/2015 | 62 | ORDER of USCA: On its own motion, the court DISMISSES the appeal for lack of jurisdiction as to 54 Notice of Interlocutory Appeal filed by Sherrie Hampton-Muhamed. EOD: 6/10/15; USCA number: 15-11485-B. (JNB) (Entered: 06/10/2015) |
| --- | --- | --- |
| 06/11/2015 | 63 | **ORDER. Signed by Judge James D. Whittemore on 6/11/2015. (AO) (Entered: 06/11/2015)** |
| 06/11/2015 | 64 | **ORDER directing Plaintiff to respond. Signed by Judge James D. Whittemore on 6/11/2015. (AO) (Entered: 06/11/2015)** |
| 06/11/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 64 Order, 63 Order. (DG) (Entered: 06/11/2015) |
| 06/22/2015 | 65 | EMERGENCY MOTION to Vacate 64 Order by Sherrie Hampton-Muhamed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Mailing Envelope)(DG) (Entered: 06/22/2015) |
| 06/24/2015 | 66 | **ENDORSED ORDER denying 65 Plaintiff's "Emergency Motion to Vacate Judges Order of June 11, 2015." Written order forthcoming. Signed by Judge James D. Whittemore on 6/24/2015. (Whittemore, James) (Entered: 06/24/2015)** |
| 06/24/2015 | 67 | **ORDER denying 65 Emergency MOTION to Vacate 64 Order filed by Sherrie Hampton-Muhamed. Signed by Judge James D. Whittemore on 6/24/2015. (AO) (Entered: 06/24/2015)** |
| 06/24/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 66 Order on Motion to Vacate, 67 Order. (DG) (Entered: 06/24/2015) |
| 06/30/2015 | 68 | NOTICE (Praecipe) to the Clerk by Sherrie Hampton-Muhamed. (Attachments: # 1 Main Document, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Mailing Envelope)(DG) Modified on 6/30/2015 (DG). (Entered: 06/30/2015) |
| 08/06/2015 | 69 | Unopposed MOTION to Appear Telephonically *to Attend Case Management Meeting* by Julie Anthousis, Amanda Croteau, Frances Hannon, Brian R. Hummel, Ivan Ivanov, James B. Nutter & Company, Victoria S. Jones, Rhonda K. Lewis, Matthew Marks, Sabrina Moravecky, John J. Phillips, |

| | | |
|---|---|---|
| | | Andrea D. Pidala, Ronald R. Wolfe & Associates, P.L., Robert Schneider, Katherine E. Tilka, Luis F. Ugaz, Matthew Wolfe, Ronald R. Wolfe. (Gowen, Kevin) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 08/06/2015) |
| 08/07/2015 | 70 | **ORDER granting 69 Motion to Appear Telephonically. Signed by Magistrate Judge Thomas G. Wilson on 8/7/2015. (Wilson, Thomas) (Entered: 08/07/2015)** |
| 08/10/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 70 Order on Motion to Appear Telephonically. (DG) (Entered: 08/10/2015) |
| 08/11/2015 | 71 | NOTICE (Praecipe to the Clerk) by Sherrie Hampton-Muhamed. (Attachments: # 1 Main Document, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Mailing Envelope)(DG) (Entered: 08/11/2015) |
| 08/11/2015 | 72 | MOTION for miscellaneous relief, specifically to file electonically, by Sherrie Hampton-Muhamed. (DG) (Entered: 08/11/2015) |
| 08/11/2015 | 73 | MOTION for Extension of Time to File Response/Reply as to 50 MOTION to Dismiss Amended Complaint *and Combined Memorandum of Law* by Sherrie Hampton-Muhamed. (DG) Motion referred to Magistrate Judge Thomas G. Wilson. (Entered: 08/11/2015) |
| 08/11/2015 | 74 | MOTION for miscellaneous relief, specifically for Telephonic Hearings due to special circumstances, by Sherrie Hampton-Muhamed. (DG) (Entered: 08/11/2015) |
| 08/12/2015 | 75 | **ORDER granting 72 Motion to file electronically; denying without prejudice 74 Motion for telephonic hearings. Signed by Judge James D. Whittemore on 8/12/2015. (KE)** (Entered: 08/12/2015) |
| 08/12/2015 | 77 | ORDER of USCA as to 54 Notice of Interlocutory Appeal filed by Sherrie Hampton-Muhamed. EOD: 8/12/15; DENYING motion for reconsideration; USCA number: 15-11485-B. (AG) (Entered: 08/14/2015) |
| 08/13/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 75 Order on Motion for Miscellaneous Relief (AG) (Entered: 08/13/2015) |
| 08/14/2015 | 76 | **ORDER denying 73 Motion for Extension of Time to File** |

| | | Response/Reply. Signed by Magistrate Judge Thomas G. Wilson on 8/14/2015. (DMS) (Entered: 08/14/2015) |
|---|---|---|
| 08/17/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 76 Order (BES) (Entered: 08/17/2015) |
| 09/18/2015 | 78 | NOTICE to the Court of Illegal Acts and Submission for record by Sherrie Hampton-Muhamed (Hampton-Muhamed, Sherrie) Modified on 9/21/2015 (AG). (Entered: 09/18/2015) |
| 11/18/2015 | 79 | **ORDER granting 48 motion to dismiss; granting 50 motion to dismiss. The clerk is directed to close the file. Signed by Judge James D. Whittemore on 11/17/2015. (KE) (Entered: 11/18/2015)** |
| 11/18/2015 | 🔒 | (Court only) ***CASE CLOSED. (DG) (Entered: 11/18/2015) |
| 11/18/2015 | 🔒 | (Court only) ***COPIES mailed to Unrepresented Parties: Sherrie Hampton-Muhamed; re 79 Order on motion to dismiss. (DG) (Entered: 11/18/2015) |
| 12/02/2015 | 📎 80 | MOTION for Attorney Fees by All Defendants. (Attachments: # 1 Exhibit A - RKC Invoices and Prebill Statements, # 2 Exhibit B - PHRD Invoices and Prebill Statement)(Gowen, Kevin) (Entered: 12/02/2015) |
| 12/16/2015 | 📎 81 | First MOTION for Extension of Time to File Response/Reply as to 80 MOTION for Attorney Fees by Sherrie Hampton-Muhamed. (Attachments: # 1 Text of Proposed Order) (Hampton-Muhamed, Sherrie) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 12/16/2015) |
| 12/16/2015 | 82 | NOTICE OF APPEAL as to 79 Order on motion to dismiss by Sherrie Hampton-Muhamed. Filing fee not paid. (Hampton-Muhamed, Sherrie) (Entered: 12/16/2015) |