UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE HAMPTON-MUHAMED,

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No: 8:15-cv-608-T-27TGW

JAMES B. NUTTER & COMPANY, *et al.*,

　　Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendants' Motion for Attorneys' Fees (Dkt. 80). Plaintiff has responded in opposition (Dkt. 85). On November 18, 2016, Plaintiff's Amended Complaint was dismissed with prejudice. (Dkt. 79). Plaintiff has appealed this Order. (Dkt. 82). Accordingly, ruling on Defendants' Motion for Attorneys' Fees is **DEFERRED** pending resolution of the appeal by the Eleventh Circuit.

**DONE AND ORDERED** this 20th day of January, 2016.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Pro se Plaintiff